District of Merrimack NH    Concord, NH    Docket #

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

**Demand for Jury Trial**

PLAINTIFF'S MOTION UNDER RULE 65 TO FREEZE THE ASSETS OF THE DEFENDANT MEGAN SCHOLZ

ORAL ARGUEMENT REQUESTED

Now comes the Plaintiff in the above enttitled matter, and seeks that the court order the personal asssets of Megan Scholz and her husband be frozen, not sold, transferred or put in anyone else's name.

Megan is solely responsible for canceling forgiveness loans at least of the Plaintiff, and according to the SBA, she has been vile to deal with and caused distress to other customers.

No one is allowed to "cancel loans" and prohibit their forgiveness, but as an employee of Bank of America, she is targeting small businesses, demeaning their owners, and calling them frauds, when it is she herself that is the fraud.

A criminal complaint is underway to revoke her law licence.

A criminal complaint is underway to get her fired and arrested.

The Plaintiff does not have a way to pay back loan offered to her by the SBA, through her bank, and then to have the forgiveness "revoked" for the profit of BOA.

1

Megan has cost the Plaintiff her right to her 2nd loan, and forgivenss of her first loan, and is liable 100% for the fraud and her actions, and she does failed to issue the forgiveness application, making it her responsibility to pay back the loaned funds.

This fraud has civil and criminal penalties and as a salaried employee of BOA, the Defendant must have means to pay for the injustices she is causing, the only means being her personal property, assets, paycheck, and or those of her husband.

WHEREFORE, the Plaintiff seeks that the court order that the Defendant must not transfer, hide, withdraw, sell off, put in someone else's name, or liquidate any of her current asssets as of this day, September 1, 2021.

The case is of such a serious nature, and so massive, that this must be done immediately, and ruled in favor of this protection to pay back the victims of this fraud.

ANY ATTORNEY, PARTY, JUDGE, OR participant of this fraud on behalf of the bank will be put under investigation, and consequences that fall upon those willing to be bought off, or aid and abet in this matter.

The case before the court is civil, but the criminal actions that are the result of civil misconduct are beyond what anyone could envision during this global crisis. The greed and sickness in which Megan and BOA have operated are unfathomable. The Plaintiff is the pioneer to put a cease fire shot on the largest bank heist in the world history, that of the most vulnerable population in order to wipe them out completely, and soley create monopolies in their place, while bankrupting the backbone of America - small busineses.

In order to do this, Megan had to call the Plaintiff a fraud, when she is the fraud, and criminal. There are other parties in BOA that are doing this to their intended base - small business survival.

The Court must protect the only means of payback for this voluntary action of greed, sickness, victimization, and theft of people's rights to loan forgiveness. Megan is under investigation for her role in generous donations, while robbing her customers at the bank.

This motion needs to be granted, since her salary cannot pay back the

Plaintiff for her role in theft of her forgiveness.

/s/  Favorite Things

Natasha Athens, - Owner

Septmember 1, 2021

