FILED - USDC -NH
2021 SEP 13 AM 10:54

UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH                    Docket # 1:21 - CV-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

**Demand for Jury Trial**

REQUEST FOR AN EMERGENCY HEARING TO CLARIFY
THE DEFENDANT'S ACTIONS AND THEFT OF LOAN FORGIVENESS
APPLICATION
PLAINTIFF'S MOTION TO CLARIFY (Part 2)

### ORAL ARGUEMENT REQUESTED   Plaintiff is Subpoening Megan ScholzRequest for Zoom hearing since parties are out of state

The Defendants need to answer the following questions regarding PPP Loan Forgiveness


BOA The Defendant states on their "hold" speech, while waiting for a representative that they "help over 4 Million women who own small businesses". So why are they trying to destroy and discriminate against the Plaintiff for asking that her whole loan be forgiven?

Does Bank Of America, Or Defendant Megan Scholz give the command to CLOSE A BUSINESS ACCOUNT if you seek full forgiveness, or did they just to this to the Plaintiff?

Bank of America put a good standing account into The "Risk Closure Department? So who goes into the standing and why?

How many of the 4 Million women took out PPP Loans? How many have

1

been forgiven in full?  How many were given "partial" forgiveness?

Since Defendant Megan Scholz pulled my PPP loan out of its way to forgiveness, who gives her that authority?   Is her status higher than the SBA and Congress?  And does she realize she is exposing herself by this lawsuit?

Can a Bank employee use their bias, discrimination, and abuse to close bank accounts in perfect standing?

How many bank accounts have been closed on businesses seeking full PPP loan forgiveness?  How many are men?  How many are women?

In total how many loans have been processed for full forgiveness to date?

How many in partial forgiveness?

How many 2nd PPP loans were issued for the same amount as the first loan?

When is Bank of America issuing forgiveness applications for the 2nd PPP?

Does Bank of America need every "lawyer in their bank" to obtain a lawyer for their actions?

Bank of America needs to explain why they refuse to put forgiveness through the SBA portal, and how many people have filed ethics complaints against Megan Scholz, and Brian Moynihan.

The Plaintiff was a customer of Bank of America for 20 years or so, does BOA plan to close every account on businesses that want their 100% loan forgiveness that they were told they would get as long as they used the money for their business?

Megan Scholz has stated she would submit a "new forgiveness application for $1.00 and then put me through an appeal process, but as of September 9, 2021, she has not sent any appication for forgiveness?  Why not?  She should not have the ability to prevent loan applications for forgiveness and not submit them due to her discrimination of women entrepreneurs.  She has to answer for her jealousy, or feeling inferior to women that own businesss and explain why she is targeting anyone struggling to keep their business going after 1 year 9 months of effected business during a

pandemic.

Bank of America has to answer for how they would ever treat one single banking customer this way, and discriminate against a survivor in business.

Defendant Megan Scholz had a public Facebook profile, showing photos of dog with beer, her commenting about her beer in public before a road race in the AM, and her feeding her husband something out of a liter bottle at the Kentucky Derby, is this OK with Bank of America, that a VP that targets women allows her profile to depict this conduct and level of retaliation when it was her own choosing to have those photos on her profile?

Is Megan then closing the Plaintiff's account out of spite because she is embarassed by photos she posted?

Since Megan Scholz targeted the Plaintiff long before the discovered public Facebook profile, someone has to explain why Megan targeted the Plaintiff and is holding her loan forgiveness hostage?

Does Megan Scholz believe that her being sued means she has no job duties?  Why does Bank of America keep a person on staff that cannot perform her job duties?

How many Vice President's are in Bank of America?  Do they all Drink and have jaded thinking?  Are all of them bias against small business owners?

Bank of America has been served this complaint, and continues to time out the forgiveness clock, how many people are they doing that to?

Bank of America denies that they have discriminated against me, so that must mean they have done this to everyone, this is why answering the question of how many men and women have been prevented from obtaining full loan forgiveness?

If Bank of America LOST its small business customers - how much revenue would be lost?

Banks are not able to "steal" money, but in this case, their intention is to STEAL the CARES Act forgiveness money - obtained from taxes of the working class, and the small business class, their own customers, and CHARGE THEM INTEREST for which Bank of America makes more money, and then bills the CARES act for the millions of hours on the phone, and

then puts businesses in jeopady of having to file for bankrupcy on a loan that was 100% forgivable.

How much PROFIT does Bank of America obtain for the amount of loans that they have only forgiven in partial numbers ?

How many Bank of America complaints have been filed for this?

**The court must see to the Defendants answering these questions under oath, the Plaintiff will Subpoena Megan Scholz and Brian Moynihan, no matter what counsel they obtain, Megan has to answer for her own emails to the Plaintiff and her 4 different stages of canceling the forgiveness application of the Plaintiff, and the closure of her bank account.**

**This crime and civil action is so urgent, as this BANK is destroying their own bank base - small businesses and their employees. If some of these businesses go under from failure to fogive loans, those employees also lose jobs.**

**This is insane behavior disguised as greed, and every single person, be it judge, BOA staff or their attorney's that engages in this case, activity and prevents the truth or end of this act upon the most vulnerable, make sure you take note that 5 criminal complaints have been filed so far and all eyes are on this case.**

**The Plaintiff NEVER wanted this on her lap, at age 62, after 30+ years in business, this is by far the worst act of malfeasance she has ever known to date and BOA is doing this as this document is typed up.**

**If this crime and theft of forgiveness was played out to full form, more than 1/2 of the small businesses cannot survive. The sick greed and mental illness that goes along with volunteering to target innocent customers, and wipe them out, takes a superior kind of scum.**

**Mentally ill people have no conscious, and some have "pristine" jobs where they thrive on victimizing someone. In this case, this is far larger than HSBC crime, and maybe the Titanic, because people in all states that have Bank of America accounts are set to go down in flames while people like Megan and Brian and others "watch it burn".**

The saddest thing is that some people live to make one person rise, one person find their way, one person recover from a tragedy. People like the Defendants sit at desks, drink at the Kentucky Derby, and are so unfit, so jealous, they cannot stand success or letting anyone become a brand.

The Plaintiff has the leadership to try to prevent the 50 state business massacre, fallout, and destroying the idea of small businesses and farmers in this country.

Greed prohibits someone like Megan from having a place such as Kentucky Derby to even go. If they learn what she is doing to others, she would never be allowed back, and so on. But smart people care about their reputations, people that thrive on sick plots, can't think their way to how it looks to others.

I pray that someone at Bank of America has the brains to contact the SBA, allow for Direct Forgiveness, and to give the Plaintiff her full forgiveness application, preferably through the SBA so she can get a divorce from this bank and their mental illness.

The Defendant has the option to reach a very quick settlement before it comes to an Emergency hearing and answering under oath, the Plaintiff will obtain a transcrip of this hearing and make it public, with sworn answers under oath for everyone to have access to.

Megan Scholz has lied in emails and she needs to be held accountable, and to stop all targeting of "women" and entreprenaurs.

/s/

Certificate of Service to Megan Scholz and Brian Moynihan

Bank of America

Sent on 9/9/2021

via emails

The Plaintiff will only respond to documents sent via email, no paper copies

192 Roxbury #1
Keene NH 03431

NH Dist Court
55 Pleasant St #110
Concord NH 03301