UNITED STATES DISTRICT COURT
Concord, NH

District of Merrimack NH              Docket #  1:21 - CV-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

REQUEST FOR AN EMERGENCY 18 USC 1344: Bank fraud

On September 15, 2021, the same day as the Plaintiff submitted the Summons' to Defendants Megan Scholz and BOA, the Defendant BOA submitted a Forgiveness Loan amount for $1.00, on a loan for $18,625.00 and is trying to cooerse the Plaintiff into signing this maximum forgivable loan under duress.

The Defendants have failed to ever submit to the Plaintiff or any other borrowers that their loans were not related to their taxes and their own payroll, which is required to alter loan amounts.

The Plaintiff submitted her documents, and the Defendant approved the loan based on her earnings.  According to the SBA, this is one of mulitple BOA loans altered, and a LENDER COMPLAINT was filed against Megan Scholz, for altering the terms of the forgiveness.

The Plaintiff requests a hearing for Defendant BOA and Megan Scholz to explain under oath the reason forgivness was stopped in route to the SBA, and the forgiveness lowered to $1.00, and what that is based on.  There is not an "appeal" for that application signed under duress for $1.00.  Megan has lied in emails to the Plaintiff to try to get her to sign this application for $1.00 and then owe Bank of America for the entire loan.  This is criminal and against the rules of banking and loans. 18 USC 1344: Bank fraud

The Plaintiff is requesting that the court hold this hearing (it is not premature) as this Defendant is costing millions of businesses and the Plaintiff to expire the time for forgiveness of this loan. This plot is being handled w/ revenge to the people that it should be accomodating, and the court needs to stop this crime in process, unless complicit.

Emergency hearings are held all of the time, that's why they are called emergency. This Plaintiff, while is in the process of being served, has been aware of her actions since August, but continues to operate while committing crimes of bank fraud.

Copy of Loan Forgiveness Application Sent by Megan Scholz
453998 - All Other Miscellaneous Store Retailers (except Tobacco Stores)
The NAICS industry code was selected in the Borrower Application Form

Primary Contact Information
Enter the best phone number to reach you in regards to this application for loan forgiveness. If you need to change the Primary Contact Name, please call 1.866.457.4892.

Primary Contact Name
NATASHA MARIE ATHENS
Phone number *
Confirm phone number *
Paycheck Protection Program Loan Information
SBA PPP loan number

This value has been hidden for security reasons●●●●●●●●●●Activate link toShowthis value (the value will be hidden again in 5 seconds)
Lender PPP loan number

This value has been hidden for security reasons●●●●●●●●●●●●●●●●●●●●●●●●Activate link toShowthis value (the value will be hidden again in 5 seconds)
PPP maximum forgivable loan amount PPP maximum forgivable loan amount Info layer

$1.00

PPP maximum forgivable loan amount:
The amount shown represents the maximum forgivable amount you are eligible for based on the SBA rules and the documentation you provided at origination. This amount may differ from your PPP Loan Amount, which is the amount of funds you received and agreed to repay under the Promissory Note. Please proceed with the forgiveness application in order to be eligible to receive forgiveness for the maximum forgivable amount. Please refer to your PPP loan account in online banking for your PPP loan amount.

This is Bank fraud.  The forgivable amount does equal the loaned amount, unless any bank contacted the Dept of Justice to state that the funds were not from a small business owner, or misused and not for the purposed intended.

The Plaintiff used the loan to keep paying her rent and bills for her store, even though her governor shut down small businesses.

This "notation" from Bank of America = a crime and they are doing this to most of their loans on their own customers.  In NH, many small businesses that did not use Bank of America had their loans forgiven as loaned last year.

The Defendant plotted this crime from day one, and has targeted the most people that they could.

Therefore this hearing has nothing to do with discovery or trial, but the need to be sent a lawful forgiveness application now.

If they falsely report to the DOJ that any crime occured when there was none on any of their lawful business borowers, they need to be charged per instance for falsely reporting a crime   In this case, the only one doing false reporting is the bank.  Federal law 25CFR S 11.431  False reports.

The Defendant is legally obligated to submit an appliction for full forgiveness to the Plaintiff and every other loan customer.

CERTIFICATE OF SERVICE

/s/

via email on September 16, 2021
Megan Scholz, megan.scholz@bofa.com
Brian Moynihan brian.t.moynihan@bankofamerica.com