UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH Docket # 1:21 - CV-00748-SM
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

MOTION FOR A CHANGE OF VENUE

The Plaintiff requests a change of venue to North Carolina Federal Court in Charlotte NC. They do not "sit on cases", they actually move them like they should be.

The Judical bias and compromise here is that there is not a lawful judge in the state or federal court system, proven by this case, and other cases filed in federal courts.

The Plaintiff seeks to move this to North Carolina Federal Court IMMEDIATELY, and hold hearings via zoom. Due to the Plaintiff's age, and physical limitations, she seeks virtual hearings vs. in front of a judge. There is a state bar complaint pending, several state and federal criminal complaints pending, and this court is unable to act as a lawful grounds for which to hear the issues in the complaint and rule on them in accordance with banking laws, loan laws, federal laws, PPP loan forgiveneness laws, etc. The delay shows court inability to operate within federal laws.

The court needs to rule on this immediately and all for the change of venue vs, the Plaintiff having to refile and start this over. The court is so corrupt and bias that every judge, including the magistrate judge that HOLDS cases in this tiny state w/ bias and severe abuse of power needs to be held liable for holding on to this case and failing to serve it. In NC, cases are filed and then proceed as it should be.

WHEREFORE, The Plaintiff's right is to forego her other right to legal arguement and get this case out of NH.  She seeks an immediate ruling to remove this case.  If the court fails to implement this ruling immediately, the Plaintiff will file in NC court and be forced to hold the judges accountable for severing her right to proceed in accordance with both banking laws and federal laws.  The Plaintiff has a RIGHT to an immediate release from this court, who has held up this case for over a month, and showed its complicity in federal banking crimes.

CERTIFICATE OF SERVICE ON September 28, 2021

/s/

Megan Scholz and Bank of America Defendants via email

brian.t.moynihan@bankofamerica.com
megan.scholz@bofa.com