UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH Docket # 1:21 - CV-00748-SM
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

MOTION TO GET SUMMONS SERVED IMMEDIATELY
MOTION FOR VIRTUAL HEARINGS

The Plaintiff requests that the court serve the summons as well as hold virtual hearings. This case was filed and is being stalled for service due to political bias, and a compromised Magistrate Judge, who has done this in the past. Hearings have been virtual for over 1.5 years due to the virus, and the Plaintiff seeks virtual hearings in this matter due to her poor health conditions of injured knees, neck and back, and her age. She is a senior citizen.

The court must serve this complaint, and while the Plaintiff sought to move it due to this judicial bias, in North Carolina, they are not set up for only virtual cases, the majority of cases are done in person. They could not assure that the Plaintiff would not have to appear in person. They were also shocked that this court has not acted in accordance with federal law and served the summons.

This case has to be served to the Defendants without further stonewalling.

WHEREFORE, the Plaintiff seeks that the court serve the Defendants, and if necessary schedule a hearing virtually with the Plaintiff on her request for virtual hearings. If the court cannot achieve the service to the Defendants, due to their bias and political conflict, then they need to recuse themselves from this matter,

and /or have this case moved to a court where a Constitutional judge can take over, and hold virtual hearings.

This is being sent to the court, and to the Defedant's, even though they have yet to be served.

/s/  Natasha Athens

Certificate of Service to Defendants Megan Scholz, and Bank of America

October 1, 2021