U.S. Department of Justice  
United States Marshals Service

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Natasha Athens | 21-cv-748-SM |
| DEFENDANT | TYPE OF PROCESS |
| Bank of America, et al | Complaint, Order 10/4/21, Summons |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Bank of America
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 150 N. College St., Charlotte, NC 28255

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Clerk's Office  
U.S. District Court for the District of New Hamsphire  
55 Pleasant Street  
Concord, NH 03301-3941

FILED - USDC -NH  
2021 OCT 7 PM 4:33

| Number of process to be served with this Form 285 | 3 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF  [ ] DEFENDANT
Rianne Wagner

TELEPHONE NUMBER: 603 225-1423  
DATE: 10/5/21

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 3 | No. 49 | No. A58 | Kate Krause | 10/5/21 |

[ ] I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc shown at the address inserted below.

[X] I hereby certify and return that I am unable to locate the individual, company, corporation, etc named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: 10/06/21  
Time: 1458 [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | $8.00 | | | $0.00 |

REMARKS: See emails attached in yellow.

RECEIVED  
OCT - 5 2021  
US MARSHALS SERVICE

DISTRIBUTE TO:
1. CLERK OF THE COURT ✓
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

USM-285 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Natasha Athens | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 21-cv-748-SM |
| Megan Scholz | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

**RECEIVED**
**OCT - 5 2021**
**US MARSHALS SERVICE**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Bank OF America
150 College St
Mail Code NC1-028-29-04
150 N. College St., Charlotte, NC 28255

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Natasha Athens
192 Roxbury St #1
Keene NH 03431

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/5/2021

DANIEL J. LYNCH, Clerk

By: /s/ Lianne Wagner, Deputy Clerk
Oct 05, 2021

**Renaud, Kathleen (USMS)**

| | |
|---|---|
| **From:** | Renaud, Kathleen (USMS) |
| **Sent:** | Wednesday, October 6, 2021 3:54 PM |
| **To:** | Lianne Wagner |
| **Cc:** | Renaud, Kathleen (USMS) |
| **Subject:** | FW: Civil Process |

RE:  21-cv-748-SM  Natasha Athens vs Bank of America

Lianne:   See comments regarding service on Bank of America.  They are returning it unexecuted.  If you get a better address please resent another 285

Kate Renaud
Civil Clerk

**From:** Loijas, Anne (USMS) <ALoijas1@usms.doj.gov>
**Sent:** Wednesday, October 6, 2021 3:49 PM
**To:** Renaud, Kathleen (USMS) <KRenaud@usms.doj.gov>
**Subject:** RE: Civil Process

Hi Kate,

The DUSM went out and attempted service. He returned it unexecuted. B of A is a PAIN to try and get service on. I think they have a facility somewhere here in Charlotte that all service is supposed to go to. However, the summons and 285 didn't have that address, so he went to the location on the 285. He closed it out in Capture, so it should be back in your dashboard to acknowledge. I have the executed 285 ready to send to you but wanted to see if the summons should be filled out as well (the DUSM hasn't done that yet).

Anne Loijas, Data Analyst (Tuba Group)
USMS W/NC – Charlotte
704-350-8017

**From:** Renaud, Kathleen (USMS) <KRenaud@usms.doj.gov>
**Sent:** Wednesday, October 6, 2021 9:41 AM
**To:** Loijas, Anne (USMS) <ALoijas1@usms.doj.gov>
**Subject:** Civil Process

Good Morning Anne:

I just uploaded two (2) civil process in Capture to be served in Charlotte, NC.  One is for the Bank of America and the other is for an employee at Bank of America.  Both at the same address.
Case #:  21-CV-748-SM   Natasha Athens VS Bank of America et al.   Court order for the Marshals to serve.

Please let me know if you need anything further.   Still learning how to navigate through the process ledger, hope its correct.

Kate Renaud
District Asset Forfeiture Coordinator
District of NH  U.S. Marshals

**Renaud, Kathleen (USMS)**

**From:** Renaud, Kathleen (USMS)
**Sent:** Wednesday, October 6, 2021 4:21 PM
**To:** Lianne Wagner
**Subject:** FW: Civil Process

Follow up email from North Carolina

**From:** Loijas, Anne (USMS) <ALoijas1@usms.doj.gov>
**Sent:** Wednesday, October 6, 2021 4:01 PM
**To:** Renaud, Kathleen (USMS) <KRenaud@usms.doj.gov>
**Subject:** RE: Civil Process

Ayup, pretty much. They were completely non-cooperative.

Anne Loijas, Data Analyst (Tuba Group)
USMS W/NC – Charlotte
704-350-8017

**From:** Renaud, Kathleen (USMS) <KRenaud@usms.doj.gov>
**Sent:** Wednesday, October 6, 2021 3:55 PM
**To:** Loijas, Anne (USMS) <ALoijas1@usms.doj.gov>
**Subject:** RE: Civil Process

Yes please have DUSM fill out summons are well.  They are pickey there.  Was there a Bank of America Presence at that address and did they refuse service?

Kate

**From:** Loijas, Anne (USMS) <ALoijas1@usms.doj.gov>
**Sent:** Wednesday, October 6, 2021 3:49 PM
**To:** Renaud, Kathleen (USMS) <KRenaud@usms.doj.gov>
**Subject:** RE: Civil Process

Hi Kate,

The DUSM went out and attempted service. He returned it unexecuted. B of A is a PAIN to try and get service on. I think they have a facility somewhere here in Charlotte that all service is supposed to go to. However, the summons and 285 didn't have that address, so he went to the location on the 285. He closed it out in Capture, so it should be back in your dashboard to acknowledge. I have the executed 285 ready to send to you but wanted to see if the summons should be filled out as well (the DUSM hasn't done that yet).

Anne Loijas, Data Analyst (Tuba Group)
USMS W/NC – Charlotte
704-350-8017

**From:** Renaud, Kathleen (USMS) <KRenaud@usms.doj.gov>
**Sent:** Wednesday, October 6, 2021 9:41 AM

1

**To:** Loijas, Anne (USMS) <ALoijas1@usms.doj.gov>
**Subject:** Civil Process

Good Morning Anne:

I just uploaded two (2) civil process in Capture to be served in Charlotte, NC.  One is for the Bank of America and the other is for an employee at Bank of America.  Both at the same address.
Case #:  21-CV-748-SM   Natasha Athens VS Bank of America et al.  Court order for the Marshals to serve.

Please let me know if you need anything further.   Still learning how to navigate through the process ledger, hope its correct.

Kate Renaud
District Asset Forfeiture Coordinator
District of NH  U.S. Marshals
603-406-6269