UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| NATASHA ATHENS d/b/a Favorite Things, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BANK OF AMERICA and MEGAN SCHOLZ, ) <br> ) <br> Defendants. ) | Civil Action No. 1:21-cv-00748-SM |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas J. Pappas as counsel for the defendants Bank of America, N.A.[1] and Megan Scholz in the above matter.

Respectfully submitted,

BANK OF AMERICA, N.A. and MEGAN SCHOLZ,

By their attorneys,

PRIMMER PIPER EGGLESTON & CRAMER PC

Dated: October 19, 2021     By:     /s/*Thomas J. Pappas*
Thomas J. Pappas, Esq., (N.H. Bar No. 4111)
P.O. Box 3600
Manchester, NH 03105-3600
(603) 626-3300
tpappas@primmer.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance has this day been forwarded via the Court's Electronic Case Filing System to:

Natasha Athens    Natasha4NHGov@protonmail.com

Dated: October 19, 2021         /s/ *Thomas J. Pappas*
Thomas J. Pappas, Esq., (N.H. Bar No. 4111)

---

[1] Incorrectly named in the complaint as Bank of America.

*2286617.1*