UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| NATASHA ATHENS d/b/a Favorite Things, )<br>  )<br>    Plaintiffs, )<br>  )<br>v. )<br>  )<br>BANK OF AMERICA and MEGAN SCHOLZ, )<br>  )<br>    Defendants. )<br>  ) | Civil Action No. 1:21-cv-00748-SM |

**CORPORATE DISCLOSURE STATEMENT OF BANK OF AMERICA, N.A.**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, Defendant Bank of America, N.A., incorrectly named in the Plaintiffs' Complaint as Bank of America, states the following information:

Bank of America, N.A. is 100% owned by BAC North America Holding Company, which is 100% owned by NB Holdings Corporation, which is 100% owned by Bank of America Corporation, which is a publicly held company. Bank of America Corporation is a publicly traded company. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, Berkshire Hathaway Inc., 3555 Farnam Street, Omaha, Nebraska 68131, beneficially owns greater than 10% of Bank of America Corporation's outstanding common stock.

No merger agreement exists between Bank of America, N.A. and any publicly held corporation.

Respectfully submitted,

BANK OF AMERICA, N.A.,

By its attorneys,

PRIMMER PIPER EGGLESTON & CRAMER PC

Dated:  October 19, 2021        By:        /s/ *Thomas J. Pappas*
Thomas J. Pappas, Esq., (N.H. Bar No. 4111)
P.O. Box 3600
Manchester, NH 03105-3600
(603) 626-3300
tpappas@primmer.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF BANK OF AMERICA, N.A. has this day been forwarded via the Court's Electronic Case Filing System to:

Natasha Athens     Natasha4NHGov@protonmail.com

Dated: October 19, 2021             */s/ Thomas J. Pappas*
Thomas J. Pappas, Esq., (N.H. Bar No. 4111)