Concord, NH

District of Merrimack NH　　　　　　　　　　　　　Docket #  CV-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S NOTICE TO THE COURT

Now comes the Plaintiff with notice to the court and clerk's office

1.  Paper pleadings will be returned to sender in big bold print, highlighting court rules for electonic service.  A subsequent letter will be sent to the Judge's Lobby asking them to instruct the clerk's office to adhere to Federal rule 49 for electronic filing.

2.  Any party that does not SERVE the Plaintiff in 1 of 2 email addresses will be defaulting.  The court does not SERVE Plaintiff's and no party, or their attorney is going to bypass the simplicity of electronic service or break the Judicial order that was ruled on early in the case, and under court rules.

3.  If any party or their attorney does not adhere to Federal law, court rules and serve the Plaintiff via 1 of 2 emails, they will in fact default.  The Plaintiff is not going to respond to any court documents filed with the court that are not served to her.

4.  If the court is so bias that they cannot adhere to the rules of civil procedure than the Plaintiff gets to move this case for bias and inept judges that are aiding in the unserved pleadings of the Defense, something which they cannot do, and that type of bias means this court is ruled out for hearing a case on this matter.

At this time, the Plaintiff does not recognize any party other than the 2 Defendants until she is served by them or their attorney.

CERTIFICATE OF SERVICE TO MEGAN SHOLZ AND BANK OF AMERICA CEO

ON October 20, 2021

The Plaintiff offers either or both Defendants or any attorney that they opt to retain, to hold a zoom meeting and resolve this matter.  This is a criminal case in which anyone aiding and abetting the bank fraud and non repayment of lawful loan applications under CARES act is an ongoing matter in which any particpants can be charged criminally, including judges.

/s/  Natasha Athens

Favorite Things Owner

email #1  Natasha4NHGov@Protonmail.com

email #2  Favoritethings19@protonmail.com