Concord, NH

District of Merrimack NH                                   Docket #  CV-00748-SM

Favorite Things<br>
a DBA<br>
Natasha Athens<br>
v.<br>
Bank of America et al<br>
Megan Scholz<br>
Defendants

NOTICE ON PLAINTIFF'S OFFER OF SETTLEMENT

Now comes the Plaintiff and has proposed an offer of settlment with the Defendants that has been sent to both Defendant's via their private emails.

Both parties have the ability to end this case at the onset, and end the crime in place.

Every party in this matter is involved in multiple crimes, and has no regard for consequences of those crimes.  The fact that the state is so full of compromised and corrupt criminals is how we got here.

But the fact that the parties are caught in the act is a benefit to the entire intended crime spree.

The Plaintiff hopes that they reach out and accept terms of settlement and stop engaging the community into the window of how many people are involved in big crimes.

This offer can be accepted, and was proposed to avoid the process of further incrimination and involving people to mop up the mess of things that have transpired so far.  The Defendant's are a burden on they system, as the only people that can "represent" them have to be criminals themselves.

It is only the wish of the Plaintiff to have her loan lawfully put in for forgiveness, get divorced from Bank of America for good, and for them to STOP stealing from the CARES customers via stealing back money they loaned.

/s/  Natasha Athens

CERTIFICATE OF SERVICE TO Megan Scholz and Brian Moynihan - The Defendants