Concord, NH
District of Merrimack NH Docket # CV-00748-SM
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S MOTION TO FORCE WITHDRAWAL OF ATTORNEY UNDER RULE 1.7  CONFLICT OF INTEREST

Now comes the Plaintiff who seeks that any and all attorney's that file to represent either Defendant be removed under conflict of interest is there is one.

SO far, no one has served the Plaintiff at all, therefore is not actually representing either Defendant.

Under Rule 1.7, parties that have busisness derived from Bankruptcy cases could NEVER be the attorney on this matter.

There are multiple other factors that prohibit attorneys in this matter from representing either client.  As stated previously, the Plaintiff is running background checks on all parties that enter this matter.

WHEREFORE, the court would have to demand the withdrawal of any party that fails to serve the Plaintiff, and also has a conflicted interest in this case.

All parties that are engaging in this case, regardless of conflict or not are also involved in the ongoing crimes of Bank fraud, a separate case.


/s/  Natasha Athens

CERTIFICATE OF SERVICE

TO Megan Sholz and Bank of America at their emails on record