Concord, NH
District of Merrimack NH Docket # CV-00748-SM
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S NOTICE TO THE COURT

The Plaintiff searched Pacer for the 5,400+ Federal Cases over $75,000 of the Defendant Bank of America.

https://www.bitchute.com/video/JYSCkuQL3mCJ/

This "bank heist" in progress to the most vulnerable of people is about the sickest crime there is.  When people lose their businesses and homes, they are as lost as suicidal in some cases.

The Plaintiff has been asked if she would want to participate in a documentary with all of the research and is considering it.  They always rob the "poor" to push them into penniless.

The Plaintiff was on the small scale of loans, as are most of the people being targeted.

This is HOW they thought they could pull it off.

Dirty Money #2

https://www.bitchute.com/video/UsGfTgrH2B2c/

All of the parties involved in this "heist" belong in jail, including both Defendants.  The parties are so evil and greedy, they are burdening the courts and everyone involved and don't care.

The Plaintiff is thankful for the caring Americans that still want small businesses to survive and recover.

CERTIFICATE OF SERVICE  both Defendants

Oct 26, 2021

/s/ Natasha Athens