Concord, NH
District of Merrimack NH Docket # CV-00748-SM
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S NOTICE TO THE COURT

The Plaintiff has filed criminal complaints against all parties and is turning this case over to Congress. It's a federal case, with massive federal crimes and complicit judges.

The violations of the rule of laws alone are enough to have judges removed and jailed (in a right world)

Failure to adhere to civil rules of procedure, failure to put case forward, failure to set up emergency hearings, failure to set up any hearings, failure to hold a hearing on the two stages of court pleadings filing them in court, and having them served, changing court orders to allow for more time, and so on.

The court not holding a hearing on court rules is vital, so is the Conflict of interest. This law firm is involved in bankruptcy cases and profits as well as represents clients that are in bankruptcy cases.

This court's level of corruption exceeds the possible scale of measurement, therefore, congressional hearings need to be held to see why this continues to go on, and is not addressed.

The parties have to be examined for their mental states in so much as they feel entitled to steal from forgiven loans, and gas light, bait and target their own customers that own businesses.

Calling yourselves "Partisan Hacks" does not even define this level of crime in which the parties target the victims and have zero consequences for their roles. The Plaintiff had hoped one person would come to their senses only to realize in the sick world of partisan hacks there were not brains to begin with.

Even as others are seen falling and getting arrest warrants under Durham, (Perkins Coie) and the Denver Attorney Steve Bachar - no one seems to be capable of applying this reality to their participation in this bank heist.

The simplest effort to send the Plaintiff a lawful forgiveness application for the approved loan amount, not only is the duty of any attorney, but it would go a long way from being complicit in the crime. The court aiding and abetting in this crime by not holding a hearing to get to HOW any one at all pulled a loan out of forgiveness is alerting the world that the partisan hacks in this court are complicit and unable to ever hear this case or rule in accordance with the law.

New Hampshire Federal court and judges are ALL compromised, it's only being examined and shown though this case. It's going to come to question how many cases are ever put through to the Plaintiff's right to a trial? The Plaintiff is guessing none, or a handful.

As for the sociopaths, the Defendant's that truly expect to burden the court (likely for past favors) to become party to this crime, it shows that even among theselves there is nothing but abuse of power and no ability to even stop crimes in process.

The law firm is all dirty money, and no plans to stop until removed, and in this case, they have to be removed for conflict. This court, if it fails to hold this hearing and allow for a disinterested party to hear this case, has to then allow for a change of venue, while under criminal scrutiny and being turned in for all of the abuse of power involved.

The Plaintiff is expecting the court now that the service has been made to schedule a hearing for the removal of this law firm, on an emergency basis and for failure to serve pleadings to the Plaintiff, a sleazy move to which they are not entitled as it violates court rules .

The court is depriving the Plaintiff her rights under the rule of law and cannot.

The Plaintiff's blog has been updated with her latest activity

https://natashanews18.blogspot.com/2021/08/bank-of-america-fraud-ppp-loans-scam.html

The entire case and the details from the Private Investigator are being submitted to congress.  I pray for the parties to stop what they are doing because they are NOT getting away with it.

Some people have to get arrested before they realize they are in trouble, this is the sociopathy part where even Defendant Megan and the attorney and judges think they are above the law

Both Defendants were sent a letter from the Plaintiff urging them to allow for all loans to be directly forgiven through the SBA portal to put an end to this crime, they have not.  This goes to the mental state of mind of all parties that are caught red handed and continue in the middle of a crime that know they are being investigated.

There is also an investigation ongoing on how many victims were gas lit into lowered loans by Bank of America.


/s/  Natasha Athens

Certificate of Service to Megan Scholz, Brian Moynihan, and the non-party law firm that has not served the Plaintiff


October 28, 2021