Concord, NH

District of Merrimack NH Docket # CV-00748-SM

Favorite Things Natasha Athens

v.

Bank of America et al Megan Scholz

Defendants

PLAINTIFF'S EXHIBIT PILE FOR PROSECUTION, INVESTIGATORS ETC

The following documents have been put into PDF files for Prosecutors, investigators etc.

The Plaintiff was asked to compile her evidence, and to notify & submit this additional evidence upon the pleading filed in response to this case. The criminal trail implicates everyone, and once this complaint is answered under the rules of civil procedure, there is an additional layer to this case.

The Defendant's declined to settle,

They refused all attempts made by the Plaintiff to correct the loan application, and or settle with the Plaintiff for the damages they caused.

The court has failed to schedule a hearing on a pending forgivable loan, and to ascertain testimony as to how it was pulled out of forgiveness, and reduced to $1.00 and on what grounds. The court has failed to serve the Plaintiff in the name of justice.

The attorney has failed to advise his client to submit a forgivable loan under the CARES act.

It's only the failure of the court, the Defendant's and their attorney that has turned this case into a massive crime, and therefore the Plaintiff has involved more than 10 separate agencies and elected leaders.

/s/ Natasha Athens

Certificate of Service to Megan Scholz, and Brian Moynihan via email

November 3, 2021