9/28/21, 2:01 PM  Case 1:21-cv-00748-SM  Document 31-4  Filed 11/03/21  Page 1 of 4
Paycheck Protection Program Loan Forgiveness

Business Advantage 360

Help

Withdraw or decline loan forgiveness

## PPP Loan Forgiveness Application (SBA Form 3508S)

**Favorite Things ("Borrower")**

# PPP Loan Forgiveness Application

Please enter or review the following information for accuracy.

We recommend that you print out and complete the SBA Form 3508S (such form will be referenced throughout this online loan forgiveness application) and gather any required supporting documents set forth in the instructions, prior to applying online for PPP loan forgiveness. This will help you to complete the online PPP loan forgiveness application.

**This application is for a First Draw PPP Loan.**

## Business Information

This should be the same information as on your PPP loan application form, unless there has been a change in address or contact information. If you need to change the Business Legal Name, DBA or Business TIN (ITIN, EIN, SSN), please call 1.866.457.4892.

**Business Legal Name ("Borrower")**

Favorite Things

**DBA or Tradename, if applicable**

**Business TIN (EIN, SSN, ITIN)**

●●●●●●●●●    Show

**The business address, business phone and e-mail address associated with the Borrower's Online Banking profile as of the date you submit this forgiveness application to us will be used for purposes of this loan forgiveness application. Before submitting this application, please log into your Online Banking profile to review this information and update it, if necessary.**

## Industry Information

**NAICS industry code**

453998 - All Other Miscellaneous Store Retailers (except Tobacco Stores)

The NAICS industry code was selected in the Borrower Application Form

## Primary Contact Information

Enter the best phone number to reach you in regards to this application for loan forgiveness. If you need to change the Primary Contact Name, please call 1.866.457.4892.

**Primary Contact Name**

NATASHA MARIE ATHENS

**Phone number \***

**Confirm phone number \***

## Paycheck Protection Program Loan Information

**SBA PPP loan number**

●●●●●●●●●                                                                                            Show

**Lender PPP loan number**

●●●●●●●●●●●●●●●●●●●●●                                                                    Show

**PPP maximum forgivable loan amount**

$1.00

**PPP loan disbursement date**

05/14/2020

## Employees

Enter the total number of employees at the time of the Borrower's PPP Loan Application and at the time the Borrower is applying for loan forgiveness.

**The total number of employees (including owners/partners) at the time of the Borrower's PPP Loan Application***

**The total number of employees (including owners/partners) at the time the Borrower is applying for loan forgiveness***

## Covered Period

The "Covered Period" refers to the period during which the Borrower's PPP loan funds must be used for eligible forgiveness purposes. The "Covered Period" begins on the Borrower's PPP loan disbursement date and ends between 8 weeks and 24 weeks from the PPP loan disbursement date.

## Elected Covered Period

**Covered Period start date**

05/14/2020

**Covered Period end date**

07/08/2020

☐ Check here to change your Covered Period.

Continue     Save and exit

---

**Secure Area**                                                                 Sign out

Locations   |   Contact Us

Browse with a Specialist   |   Privacy

Security   |   Online Banking Service Agreement

Advertising Practices   |   Share Your Feedback

Investing in securities involves risks, and there is always the potential of losing money when you invest in securities. You should review any planned financial transactions that may have tax or legal implications with your personal tax or legal

advisor.

Securities products are provided by Merrill Lynch, Pierce, Fenner & Smith Incorporated (also referred to as "MLPF&S" or "Merrill"), a registered broker-dealer, registered investment adviser, Member SIPC, and a wholly-owned subsidiary of Bank of America Corporation. MLPF&S makes available certain investment products sponsored, managed, distributed or provided by companies that are affiliates Bank of America Corporation.

Bank of America Private Bank is a division of Bank of America, N.A., Member FDIC and a wholly owned subsidiary of Bank of America Corporation. Trust and fiduciary services are provided by Bank of America, N.A. and U.S. Trust Company of Delaware. Both are indirect subsidiaries of Bank of America Corporation.

Insurance Products are offered through Merrill Lynch Life Agency Inc. (MLLA) and/or Banc of America Insurance Services, Inc., both of which are licensed insurance agencies and wholly-owned subsidiaries of Bank of America Corporation.

Banking, credit card, automobile loans, mortgage and home equity products are provided by Bank of America, N.A. and affiliated banks, Members FDIC and wholly owned subsidiaries of Bank of America Corporation. Credit and collateral are subject to approval. Terms and conditions apply. This is not a commitment to lend. Programs, rates, terms and conditions are subject to change without notice.

Investment and insurance products:

| Are Not FDIC Insured | Are Not Bank Guaranteed | May Lose Value |
|---|---|---|
| Are Not Deposits | Are Not Insured By Any Federal Government Agency | Are Not a Condition to Any Banking Service or Activity |

Bank of America, N.A. Member FDIC.

Equal Housing Lender

© 2021 Bank of America Corporation.

All rights reserved.