Concord, NH
District of Merrimack NH Docket # CV-00748-SM
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S NOTICE TO THE COURT - JUDICIAL CONDUCT

ATTORNEY CONFLICT OF INTEREST

Please see attached in Federal Case # 21-1161 on Appeal in the first circuit over theft of virtual property, and judicial bias, as well as perjury.

In this case, the court has sent the following submission on their own, as is the law, once crimes are reported.

The Plaintiff is awaiting the "attorney" to submit a response to the complaint, at which time, will implicate himself and his law firm, not only for referral, but for a host of additional charges, including disbarment, (the same for Megan) and for Sandra.

The Defendant's are burdening the court with criminal activity, and failure of Defendant Megan to Undo her illegal removal of a forgiveness application in progress, then reducing it to $1.00.

The Defendant's (and their attorney) are expecting a court to install themselves into this crime - based on????? Past favors?  No clue, however, since the parties will likely lose law degrees, face jail time, and be tried on their own actions, they should be smart enough to stop burdening the court and expanding the host of crimes and complicity.  **So far, not a peep from camp corrupt, Thomas Pappas and his entire law firm.**

**People are reading this case worldwide,** AND they know the Plaintiff is right, and has sought multiple times to get this case settled, without any willingness from any party.

See the attached notice from the 1st circuit court, which is what they are burdening this district court to do.

Once the answer is filed, the court will have to submit the same, as there is no pleading that can sustain any justification for Defendant Megan's actions or anyone at Bank of America lowering loan application forgiveness on anyone unless they have been referred to the Dept of Justice for fraud.

See attached notice

/s/ Natasha Athens

Certificate of Service to Megan Scholz, Brian Moynihan,

Bank of America