OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

November 4, 2021

Natasha Delima
Apt 1
192 Roxbury St
Keene, NH 03431

    Re:  DeLima v. Google LLC, et al.
          Appeal No. 21-1161

Dear Ms. Delima:

    This letter acknowledges receipt on October 29, 2021, of your recent correspondence dated October 29, 2021, which you filed in the above case. Your Judicial Misconduct Complaint has been forwarded to the Circuit Executive's Office for processing.

    Please be advised, however, that any pleadings intended for filing in this appeal or case-related requests seeking relief in this appeal must be refiled separately.

    I hope this information is helpful to you.

Sincerely,

Maria R. Hamilton, Clerk

ER/cp

cc:
David A. Perez
Jonathan Mark Eck
Ryan Thomas Mrazik