🏛 An official website of the United States government
Here's how you know



# HOW TO FILE A COMPLAINT WITH THE OFFICE OF PROFESSIONAL RESPONSIBILITY

Start — Form Preview — Complete

Page 3 of 3

Thank you for submitting your complaint to the Office of Professional Responsibility.

OPR will review your complaint in the order in which it was received and provide a response within 8-12 weeks.

You may mail any additional supporting documents for this complaint to:

Director and Chief Counsel
Office of Professional Responsibility
950 Pennsylvania Avenue, N.W., Suite 3266
Washington, D.C.  20530-0001

Go back to the form