Concord, NH

District of Merrimack NH Docket # CV-00748-SM

Favorite Things

a DBA

Natasha Athens

v.

Bank of America et al

Megan Scholz

Defendants

**PLAINTIFF'S REQUEST FOR IMMEDIATE SEALING OF THE EXHIBITS SUBMITTED - SHAME ON THE COURT FOR NOT DOING THIS ON FRIDAY**

**PLAINTIFF'S NOTICE TO THE COURT ON RELEASE OF PLAINTIFF'S SOCIAL SECURITY NUMBER, INVESTIGATION OF THE COMPTROLLER OF CURRENCY, AND RESTITUTION FOR THE CRIMINAL RELEASE OF RECORDS TO ANYONE ON A 100% FORGIVABLE LOAN**

Now comes the Plaintiff with the above entitled notice to the court, the Defedant's, their non-attorney, and the Judges.

On a 100% forgivable loan, there was NEVER an option or requirement to ever release any exhibits, especially on a "motion to dismsis" filed by a non-party.

Discovery was NEVER sought, and the Plaintiff would NEVER have allowed for docuements to be released of her personal tax records, either the first, 2nd or third version, since more than 1 loan was sought and as the Plaintiff learned HOW to fill out the forms required, she submitted amended data and complete data. NONE OF IT IS RELEVANT to the case, and none of it is

permissable to have been submitted at all.

As stated previously, Defendant Megan Scholz is the one that pulled the Plaintiff's 100% forgivable loan out of forgiveness, and was dumb enough to even post an illicit exhibit of that forgiveness application, showing the amount she was allowed to have forgiven.  Only a **derelict would leak that data that proved her claim.  Despite the illigal leak, they failed to redact her entire social and left it w/ 4 digits showing.**

**The Plaintiff hopes you all share a cell, and also are fired, and for Defendant Megan Scholz, and Judge Johnstone, I hope your bar cards are revoked, along with terminations.**

**For non-party Attorney Thomas Pappas, I pray you are arrested, and lose your bar card as well as have to pay restitution.**

**This letter arrived today, was mailed on Nov 9, 2021, and is only ONE OF THE MULTIPLE agencies that have had the crimes reported to.**

**Judge Johnstone is reported in 3 separate cases as partisan, acting as a party for the Defendants, and against the rule of law.**

**There is only one thing to do here, and the court must seal the records of the Plaintiff's private data, and in leaking it on purpose, they intended to hand out publically, a way to harm the Plaintiff, allow her identity to be stolen or worse, used to create a fake whole new identity.  It's unfathomable that there is such criminality in people that are guilty and there is no level of vengeance the parties won't stoop to, but I pray upon the court to seal that record, and failure to do so, immediately.**

**Judge Johnstone and Judge Mcauliffe are both guilty of acting with the Defendant's and failing to issue a ruling.  Oddly enough, they were able to take non-party, and "move" pre-trial conferences up the same day as the filing.   Judges, what's in your wallet?  Or other cause of bias?**

**See this attached exhibit and there are some that are not privy to be**

published.

WHEREFORE THE PLAINTIFF SEEKS THAT THE PARTISAN HACK JUDGES SEAL THE RECORD ON THE CRIMES OF THE DEFENDANT AND NON PARTY ATTORNEY THOMAS PAPPAS,

/s/  Certificate of Service to Megan Scholz

and Brian Moynihan CEO who has blocked the Plaintiff from sending emails, meaning he knows about the crimes and is doing nothing

November 13, 2021