UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH Docket #
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S EX-PARTY NOTICE TO THE CLERK'S OFFICE

Please assemble the record on appeal, for this Denied Motion from Steven J. McAuliffe who denied a Motion to Quash in partisan collusion with Judge Johnstone, Bank of America, and Thomas Pappas.

Once the record is assembled, the Plaintiff will pursue an ex-party appeal.

FILED THIS DAY, ON NOVEMBER 22, 2021


/s/ Natasha Athens