Concord, NH

District of Merrimack NH                              Docket #  CV-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants


PLAINTIFF'S EX-PARTY NOTICE OF INTERLOCUTORY APPEAL ON DENIAL OF
RECUSAL OF PARTISAN JUDGES

Now comes the Plaintiff upon the "denial" of an Emergency Recusal of Magistrate
Judge and Judge McAuliffe which is par for the Judicial course.

The PLOT was to allow an unserved case involving bank fraud, non-forgiveness of
an approved loan, and to conspire with the bank, the law firm, and 2 judges to
engage together in theft of the rule of law and the rights of the Plaintiff.

Despite 2 judges witnessing theft of records and having to seal them as a matter
of federal law, and punishment by fines and jail, this court and these 2 judges
intended to hold the Plaintiff "hostage" to their bias, and to continue on with a
Motion to Dismiss from a Non-party who they must have serious ties to.  Serious
ties.

No where under sharia law, or the Constitution is there enough leeway to create
this massive bias used as a position to defy FDIC banking protection, Federal
regulations, the allowances in the CARES act that loaned tax money to business
owners to be forgiven.

This court, these 2 judges are complicit and expected the Plaintiff to succumb to
the 3rd round of illicit dismissals they had prepped up since the case was filed.
Their method of operation was to use the "court" as a venue to aid and abet in

the crimes of Bank of America, and VP Megan Scholz, and target the Plaintiff for her right to forgiveness.

Both PARTISAN judges depended on their "benches" to be comfortably able to carry out and endorse the crimes of the Defendants, and simply "deny" any rights at all to the Plaintiff.

The saddest thing is that there is no re-defining of the rules of filng and service and Magistrate Judge was so partisan that she failed to address it at the onset and let the legal terms be utilizied and still intentionally after that ruling of telling the Defendant that he had to take a keystroke step and send a 2 second email to serve any Plaintiffl.  And then still continue to rule against the law, rule against the FDIC, CARES act, rule against fixing a forgivable loan from $1.00 to the loaned amount of $18,625.00 which was approved by both the bank, The Defendant and the SBA.

The court was joyous at the thought of putting the Plaintiff on the hook for forgivable money, they likely laughed about it and are so partisan that they took pleasure (and still are) that the forgivable loan has not been forgiven.  There is a level of dysfunction that is inexplicable to normal people.  However, partisan judges ENJOY their own addiction to violations to people they detest and their bias is that they actually await victims and operate like praying mantis's that catch victims in their claws.

The Plaintiff IS Not a doctor, does not possess any medical degree, and cannot explain the sick thoughts of partisan people, they defy the normal mind.

Courts are NOT a location for this type of enemy, and they are supposed to provide a forum where truth and facts prove innocence or guilt.  Instead, the guilty are coddled by the corrupt, and the innocent are trapped without any exit ramp.

The ADDICTION of all parties to their abuse of power, starting from Defendant Megan Scholz, who has destroyed her own right to practice law over her participation in the most stupid bank crime in history.  The Defendant's plot was thwarted by the Plaintiff and even though they did force a few businesses to pay back loaned loan money that was forgivable, the rest stood ground and the

Plaintiff aided in those that fought back.  So the 2 judges in this court as well as the entire New Hampshire Federal court all engaged in HELPING carry out loan theft, loan forgiveness theft and so on.

In PAPERWORK of denying motions to rescue even after stolen tax records and privileged documents were sealed, this court continues to display the bias, and inability to use the judical power to ever act under their oaths and the Constitution.   Their partisan agenda is on display for the world and they deny motions on Plaintiff's case after case and force cases onto appeal and have for decades, far beyond the Plaintiff's case.

Despite SHOWING their partisan agenda, and aiding in the crime of bank robbery, aiding in stealing money from businesses that EVERY Plaintiff has a right to have forgiven, the judges in this court RULED JUST NOW AGAINST THE CARES ACT, AGAINST THE SBA FORGIVENESS, AGAINST THE FEDERAL GOVERNMENT AIDING IN BUSINESSES DURING A PANDEMIC, and AGAINST THE FDIC WHICH DOES NOT ALLOW FOR ANY BANK TO CLOSE BUSINESS ACCOUNTS, NOR CAN THEY STEAL FROM THEIR CUSTOMERS VIA LOAN FRAUD, and the contempt for the Plaintiff is blatantly clear from this ruling after additional crimes.

**WHEREFORE, the Plaintiff gets to appeal and gets to receive an impartial judge, and gets to have her loan forgiven, and gets to be compensated by default, and gets to be compensated for criminally stolen records that were sealed by these partisan judges under the law, and she gets to be released from this toxic trap and the claws of compromised "preying mantis" judges that live to target the brave and the lawful.**

There is no case that this court can have jurisiction over the Plaintiff, they have proven their bias over and over, and their being incapable of knowing they are bias, and recusing themselves because of that, and allowing for her to obtain justice is now exposed.  And they won't be allowed to rule or hear any cases involving her, they will be appealed.  The fact that they intended to defy the law, defy banking law, defy compensation to victims of stolen records, defy rules for filing and serving, defy default rulings, defy forgiveness of loans to businesses, even the ones they eat in in New Hampshire their own state, defy forgivness for the places they shop, and so on, is frightening, and it's sad.  One has to ask how

they got that way? What is in their wallets?  What is their connection to the Defendants?

The most targeted are the most lawful, and the people that believe there is a justice system when there is not.  Rumors fly about how we got to this place and time in history, and what money influenced getting us to this dark place.  The truth is that it was built over decades while everyone tried to work and survive and take care of their families.

Compromised judges like Magistrate Judge Johnstone and Judge McAuliffe should scare everyone that they rule without any law attached, and fail all citizens that are targeted and abused in ways that they seek civil remedy.

Had the Plaintiff carried out her platform in running for Governor of NH, Judges would be the first thing she would have addressed, and removed the bad ones, for destroying state liberties and enforcing actual laws to protect citizens, another reason they target her.

The only thing anyone can do in a broken system is unbreak it, not cave and enable Judicical misconduct to the degree we see here.  The prayer of the Plaintiff was only to get her loan forgiven, and compensation for the stress that it cost her as well as time for filing the case and losing that time from her business.  This court was obligated to see that this occurred, and instead we saw a display of partisan rulings, ignorance of all laws and every right of the Plaintiff and a bias so blatant that it brought both judges into the crimes of covering for the crimes of the attorney.

NOTICE OF INTERLOCUTORY APPEAL SERVED UPON THE COURT THIS DAY NOVEMBER 23 2021

AS WELL AS NOTICE TO THE CLERK TO ASSEMBLE THE RECORD

THERE IS NO SERVICE DUE TO A NON-PARTY

/s/  Natasha Athens