Concord, NH

District of Merrimack NH                                     Docket #  CV-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S EX-PARTY NOTICE TO THE CLERK'S OFFICE

Please assemble the Denial of Recusal after bank crimes exposed and records sealed

for appeal

/s/  Natasha Athens


Filed this day  11/23/21