UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 21-cv-748-SM

2. TITLE OF CASE: <u>Natasha Athens v. Bank of America, et al</u>

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   <u>See certified copy of docket (ECF registered users not provided with a copy of docket)</u>

6. NAME OF JUDGE: Judge Steven J. McAuliffe

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **November 22, 2021**

8. DATE OF NOTICE OF APPEAL: **November 22, 2021**

9. FEE PAID or IFP:   NO

10. COURT APPOINTED COUNSEL: NO

11. COURT REPORTER(S):   and DATES:        N/A

12. TRANSCRIPTS ORDERED/ON FILE: NO

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: YES

15. GUIDELINES CASE:

16. RELATED CASES or CROSS APPEAL:

17. SPECIAL COMMENTS:

    No filing fee paid.   No Motion to Proceed In Forma Pauperis on Appeal filed.