```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Natasha Athens

    v.                                                        No. 21-cv-748-SM

Bank of America, et al


                                    CLERK'S CERTIFICATE TO
                                   CIRCUIT COURT OF APPEALS

    I, Lianne Wagner, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following documents constitute the record on appeal to the First Circuit Court of Appeals:

    DOCUMENTS NUMBERED: Endorsed Order dated 11/22/21, 53, 55 & 56

    The Clerk's Office hereby certifies the record and docket sheet available through ECF to be the certified record and the certified copy of the docket entries.

                                        IN TESTIMONY WHEREOF, I hereunto
                                        set my hand and affix the seal
                                        of said Court, at Concord, in
                                        said District, on this day,
                                        November 24, 2021

                                        **FCPKGN'L0N[ PEJ , Clerk**

                                        **By: /s/ Lianne Wagner, Deputy Clerk**

                                          **Nov 24, 2021**