UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH Docket #
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S EX-PARTY NOTICE OF APPEAL ON Judge Steven J. McAuliffe's Illicit Dismissal of the Case in Chief, dismissed on December 7, 2021

███████████████████████████████████████████
████████████████████████████████

████████████████████████████████████████████
██████████████████████████████████████████████
███████████████████████████████████

████████████████████████████████████████████
█████████████████████████████████

████████████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
████████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████

████████████████████████████████████
██████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████

Case 1:21-cv-00748-SM   Document 63   Filed 12/20/21   Page 3 of 5



[page contents redacted]

███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████

███████████████████████████████████████████████
█████████████████████████████████████████
████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
█████████████████████████████████████████████
██████████████████████████████

███████████████████████████████████████████████
█████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████████████████████████████

/s/ Natasha Athens

██████████████████

██████████████████████████████████