**If you want to see a criminal lawyer, take a look at Thomas Pappas.**

**He is committing crimes, engaging in bank fraud, is in collusion with Bank of America to defraud forgivable loans,**

**He is stealing tax records and exposing them in court**

**He is LYING in court pleadings asking judges to become bank robbers?**

**Has anyone ever heard of things this sick?  I have not.**

**Thomas Pappas made me an offer for LESS than the forgivable amount and would rather keep going to court and commit crimes than do what is right?**

**Is he part of a crime family or does he do this solo?  And with Megan?**



**Thomas falsifies pleadings to the court - wow**
**https://drive.google.com/file/d/1NYuczFi8bOt2l1InkZ-ogZcB0EOljsfo/view?usp=sharing**

**Thomas Pappas is a criminal.  Is he doing this case for free?  Seems like it.**
**He' WHINING to the court that he does not have to SERVE his paperwork,**

**He's old, lazy and whiny.  But he can default himself and then he burdens the court with being complicit in a crime spree with Megan.  Why are they all buddies?**

**Is there money in the dirty bed?  Just asking, people have a right to know why we can't trust our judges to STOP the crimes being committed here**



**HOW MANY MORE PEOPLE ARE GOING TO GET INTO THIS BED? Asking for a friend?**

**Thomas and Megan BEG the court to engage in their crimes**



**ALL PARTIES IN THIS CASE LIVE TO MAKE SURE THEY PROFIT FROM THEFT OF HOMES, BUSINESSES, AND LAWFUL FORGIVABLE LOANS**

**WHAT IS IN THEIR WALLETS?**







**Imbecile - doing the same thing wrong and expecting different results**

**Thomas just LIED to the court in pleadings, no one is suprised.  He's such a moron**

**And panicked because he DID lose and he's banking on a cabal of judges to
handle the federal crime of riggging a 100% forgivable loan,
and purposely leaking illegall tax records**

**And telling the judge he does not have to serve the Plaintiff when he just did
He's refusing to do it electronically - as an imbecile**



**Thomas who has defaulted himself from failing to serve pleadings electronically**

**Is doing it on appeal   Here are the two emails and - 0 SERVICE from him to me.**
**WHY he's imbecillic and is just doing it to be abusive**



**THOMAS IS A WIMP AND AFRAID TO PUT AN ELECTRONIC FOOTPRINT ON A CASE**
**WHY IS THAT?  He's so incompetent, that he knows if he screws up his pleadings, it will show**
**so he's BEGGING the court to evade and make exception to electronic rules.**

**There are no exceptions in law, it's 2 parts period.  Thomas has typed more than 10 pleadings on this, it's**
**imbecillic.  It takes 2 minutes to send an email.  I think he's got mental issues, no other explanation.**

https://www.bitchute.com/video/I3N9PFET3Od8/

Dear Ms. Athens,

This confirms receipt of your correspondence in regard to filing a complaint/grievance against an Attorney. Unfortunately, the New Hampshire Bar Association has no authority to investigate complaints or to discipline attorneys in New Hampshire. The Formal Complaint your message depicts is not under the purview of the of the Dispute Resolution Committee.

The Attorney Discipline Office of the Supreme Court is the entity that has discipline authority over attorneys and investigates complaints involving the ethical conduct of an attorney.  You can reach them at 4 Chenell Drive, Suite 102, Concord, NH 03301 or (603)271-3658 or [http://nhattyreg.org](http://nhattyreg.org) .