Don't become like this



**Bank of America Vice President
Her Facebook Profile**

Is Criminal Bank Fraud VP Megan Sholz worthy of a Presidential Pardon?
Not likely



She should see if Joe Biden has time to consider her pardon.





Look what Megan Sleeps with - Whatever made her like this
SHE LIKES it and has no plans to change

MEGAN's BED





Post: Edit

Megan wrote 4 emails defrauding 100% forgivable loans, no one sane does this.  Megan is not sane.

https://www.bitchute.com/video/I3N9PFET3Od8/



Anyone who ever bet against you was wrong. There are some people you should never count out. Cheers to all the flowers growing through concrete! 😊💪



FELONY LEAKING TAXES





https://twitter.com/MsAvaArmstrong/status/1466953188989411334

Small Business is the backbone of capitalism.
Precisely why democrats are shutting them down.