**NATASHA'S BED**

**Tell Me Who You Walk With, I'll Tell You Who You Are**



**I ALWAYS wanted a Canopy Bed, - never had one.  So this would be the "Dream Bed" I never had LOL**

**In my HARD painful journey,  there was a "broom in my bed" to Kick out the criminal predators that tried to destroy my life.**

**I NEVER wanted this journey, never wanted to be in the position that I was placed.**

**I was chosen.**



**I never knew what "blue states" were until the last several years, but it explains why my life never made sense and I felt lost and out of place for most of my journey.   I never "fit in".   I was lucky to find the select few people that aligned with my virtues and  was able to survive.**

**FOR those that "don't like me" the main reason is this:**



**I am flawed, we all are. I am broken, I chose to fix myself and overcome my obstacles, and I have learned why, it was so that difficult impossible path of exposing the criminals in power that live to abuse can be explained so others don't suffer as I have.**



**I have been in great company.**

In Massachusetts I exposed - Framingham court,  Framingham police, Framingham Judges, Framingham hospital and doctors that drug people.  Cops that fake police reports, Doctors and hospitals that fake medical records

Corrupt and perverted Judge Young - stared at my breasts during a court hearing,  Took a bribe from Marriott and rigged a defaulted case, failed to issue a default ruling

Paul Garrity - former judge started phony arbitration company to rip off accident settlements and died a fraud and drunk - even caused an accident and blackmailed the victim into not exposing his drinking

Judges Stoddard, Brendermuehl, Greco, Cunis - engaged in insurance fraud and blackmail
Destroyed court recordings with their crimes

I exposed fake lowered electric bills by a scam to con state residents into fake lowered bills that were just to overcharge and confuse the elderly and other residents,

Exposed the MA deep state and Judge Young's corrupt abuse of power, filing fake charges against me to hide his own crimes and humiliation over taking a bribe

Marriott hotel - abuse to its staff, sickening work conditions, sexual harassment on staff

Deep state and government blackmail to cover their pedophilia, child trafficking and other sexual abuses

Exposing how they target and bully Brazilian people and take money from them, jail them, threaten them with deportation and then extort money from them, tow their cars,

Jail abuse, shutting off the call boxes, no food, not allowing for phone calls, setting high bails to keep people locked up,



Exposing Scamdemic, the money, the motive and New Hampshire Corruption

Cheshire Hospital in Keene drugs people, falsifies medical reports. harms and even kills people

Keene City Council - insane people,  Mayor of Keene is deep state

**Sued the Governor for his illegal orders, his involvement in nursing home murders, deaths, and destroying businesses, embezzling from federal funds,**

**Destruction of businesses done on purpose**

**Exposing Oprah, her involvement with child trafficking, leading women to be raped by Harvey Weinstein, she is racist, and her whole TV persona was always deep state,**

**She is thankless and a phony**



**Exposing the theft of earnings and virtual property, the bias and the targeting, spying and fake hacks**



**Exposing Perkins Coie and their inept and criminal attorneys**

**Exposing Bank of America, Megan Scholz, Brian Moynihan, Thomas Pappas and corrupt judges**

**SCOTUS are partisan hacks as well as failing the USA - refusing to do their jobs, ditching the Constitution for $$$$ and sold out seats**

**New Hampshire judges are corrupt and evil, bias, and engage in crimes Magistrate Judge Johnstone, Judge McAuliffe, and they target and abuse women, and pro-se**

**Fail to issue default rulings**

**Thomas Pappas, stealing from businesses, aiding in crimes**

**And SO ON**

**Several books are being written, I get to die with my resume and I would not be in the beds of the most evil most corrupt people on earth.**



**I always had a higher calling and someone to answer to for my actions.  Therefore, I did the best I could, and CHOSE not to sell out my "bed" or my name, and no matter what anyone tries to do to destroy it, they fail.   Truth always wins**

**Everyone can change their life and mistakes at any time.   There is an exit ramp even out of corruption, but those people that live to abuse are actually addicted to it and LIVE to violate others.  They are vicious and to be around them is hell itself.**

**I am no one, but this was the life I chose, and I would not trade it for money, or to go hurt a soul on someone else for a single day.  Those people are mentally ill and it's about time they were called that out loud.**

**The First Circuit judges have failed in the past to adhere to the rule of law.  If they ignore the defaults and crimes in the cases of mine on their plate, they are also going to be exposed as the criminal cabal.   I would NEVER do that, no matter who is blackmailing me, they simply choose if they do, to cave to $$$ and no consequences.**

**In cases of bank fraud, exposed taxes, perjury, and default,  they should choose to do their jobs and stay out of the criminal beds that are put onto their laps.**