UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH

## Civil Action No. 1:21-cv-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

**AFFIDAVIT**

I filed this case to resolve my 100% forgivable loan that Megan Sholz illegally and criminally took out of forgiveness.

Megan is part of a criminal cabal and she has called for previous "favors". It's unclear what they receive in return.

Even in her personal life, she has repeated crimes, appeared in court and in a couple of cases, used her influence to get out of criminal charges for repeat offenses.

Thomas Pappas engages in crimes with her.  Payment?  Bankrupcy cases or more?  Unclear.

What happened in these parties CHOSE to commit more crimes, rather than settle, or get the loan forgiven.

Make no mistake, we are at war with a cabal of dirty players.

Here is one of the things I can do to remedy the situation and figure out how deep the crime families are.

I am planning to sue **Thomas Pappas and his wife** for defamation, slander, lying to federal judges and demeaning my business, violations of my civil rights, due process and publicly declaring that my business did not rightfully obtain its CARES protection loan.

I am suing **Megan Scholz and her husband** for defamation, libel, discrimination, violation of my civil rights, abusing the first amendment during civil proceedings, harassment, ignorance of the rules of civil procedure, failure to adhere to a judicial order, and

a 2nd lawsuit against Megan and her husband for stealing my tax records from the bank.

I am suing **Steven McAuliffe and his 2nd wife** for defamation, and falsely stating in a ruling that a 100% forgivable loan is "frivilous" when it's 100 valid and corruption does not even begin to allow for any type of ruling of that nature.

In corrupt NY, they just ruled for Project Veritas that NYT cannot use their platform to abuse him (or anyone) during civil proceedings, and neither can this court or these corrupt parties.

I am SO lucky that my distant Greek relatives are heroes, and not part of a "Greek Mafia" cabal like Thomas Pappas. My father and Uncles were Harvard MIT and BU graduates, and the Pappas from Wintrop MA, Arlington MA and so on were NOT part of this sad little crime family.

https://conservativefighters.co/news/new-york-court-sides-with-project-veritas-against-new-york-times/

JON VOIGHT - The war against civilization corrupt beings against the Godly
https://www.bitchute.com/video/3JIVSfQ2UGlj/

I am good, I live to continue to be good, and my fight against evil (and all of you) has been historic. The fact that I chose NOT to become a lawyer is clear now. I got to historically use the law knowledge that I have, put it to GOOD use, and to terminate the abuse of power - without consequence to all of the present and future victims.

I HATE filing cases, I wish I did not know how.

When I see the scum that victimizes the good innocent people, including myself I had no choice.

What's going to happen here is knowledge is power. All I ever sought in this case was my RIGHT to do this business in retirement, and stay afloat. I do not get any perks, I have not ever owned a home, or a condo, I drive a used car. But I don't get to be abused on a daily basis by the type of scum that destroys their own employees while even sexually harassing them - which has been my past.

At any point in the next few days before these cases are filed, any one of you has the opportunity to do the right thing. It's going to be `100% revealed which people have "CRIME FAMILIES" and which people live a double life - abusing people at their jobs and their family does not know.

My Christmas wish that that the 2 tag team criminals - Megan and Thomas cough up some settlement - if not for all cases at least this one. They have 0 chance of prevailing at any level, and continued acts that violate my civil rights, including refusal to adhere to a judical order that I am approved for electronic filing and only get pleadings that way only create additional damages and liability for them.

I have my "guesses" on if the spouses know what their partners are up to, but we will see.

Even Judge McAuliffe has received in a "brief" contrast to his slander and defamation and (judicial bias) FACTS that prove I did indeed receive a valid loan for my business.

If he opts to "dismiss" this with the evidence in a brief, I am filing at least 1 civil claim as well as him being turned in for fraud, bank fraud, judical bias, and using his platform to demean an honest business and its reputation.

My Christmas wish is that any of you opt to STOP your self sinking on your own Titanic because "favors" are going on.

I will be filing these cases shortly, and at any point a person with a brain that does not want these additional personal law suits filed can prevent them by stopping their added liablity.

The spouses needs to know, and I can depose all of them, and find out if they are party to crimes and coverup, or are horried at the abuses done here to "a business" of a 62 year old, disabled woman, who makes things and sells things to a local community.

MERRY CHRISTMAS to all of you, it's been an insane journey to see how mentally ill and cruel the parties are - to the mom and pop businesses of USA.

It's sad you showed the world the whole picture. There truly was no one but me that could expose Bank of America, and Megan, and why NOT to bank with them.

As for 2022, It's Predator's choice whether we are spending it together in court or not. Normal people find a way to end cases and move on, disturbed predators HINGE on cases that continue on for years. So, I am prepared either way, armed with the truth as a winner, and the ability to come back with every illegal swing that is made.

PS  If you opt in, I am going to mail claims to your residences in your spouses names, and also set up to depose them to find out if they are "partners" with you, or not even aware.

/s/  Natasha Athens
Favorite Things - OWNER

Filed on Christmas 12/25/2021  - On Purpose
Prior to ruling on dismissal  If this case is unlawfully ruled on
and dismissed by compromised Judge McAuliffe, I will appeal
and these cases are being submitted as we go on.

CHOICE should be simple - forgive my loan and compensate me for what you have done in damages.  And rule in favor of banking laws, federal laws, CARES act, and end the judicial bias.