UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH

## Civil Action No. 1:21-cv-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

**AFFIDAVIT December 28 2021**

**The Secret Service, and Fox News are investigating the CARES loans and the theft of CARE funds. This is ongoing and has been**

**The Plaintiff is going to contact these parties and a couple of conservative news outlets which she had hoped she did not have to do. She has always thought someone would do the right thing.**

**No one has.**

**https://www.bitchute.com/channel/natasha/**

**https://www.bitchute.com/video/OmOCnYjwBlea/**

**It's inconceivable for the Plaintiff to conclude that these pitiful parties for a case this small want to involve themselves and their families to this degree and injure them.**

**Judge McAuliffe's wife is a school teacher. Imagine the reality when this truth sets in because there is no law that will be applied to the Plaintiff. There is a 4 party cabal targeting her, rather than helping her get her loan forgiven.**

**Aside from the slander of her name, the theft of her records and the right she has to forgiveness, the parties here are on a mission.**

**Bringing down yourself and your family for 2.5 weeks of payroll is a hard pill to swallow, but here we are.**

**There should have been an emergency hearing, there was not due to complicity,**
**There should have been mediation, resolve and a new loan application, there was not due to spite**
**There should have been a legal settlement offered by Thomas Pappas, instead he acted in the crime with his client.**

**The Plaintiff, as well as those investigating this case truly cannot believe that the status is where it is.**

**There was an exit ramp for all parties at all times. Every member of this law breaking group has decided that no law should protect the Plaintiff, except that they do. She does not have to pay back this loan that is not frivolous.**

**What is frivolous is the time wasted on a case this small and the level of spite contained in the judges chambers.**

**Bringing down oneself is one thing but if the parties opt to continue into the next round of lawsuits, they are the same as this - filed to give a tracking record of what has transpired on the Plaintiff.**

**She just received an email of someone tracking this case and wanting to help make it easier to find the case and all of the files and even upload it to another web site.**

**This is what happens when the parties are so cancerous unto themselves.**

**The Plaintiff is only doing what she needs to do in order to receive a valid loan forgiveness application.**

**When the parties refuse to do this, this case goes into the "stolen funds" that have not been recovered and thus investigated all on their own. She suspects this is why people are contacting her on the status.**

**This is truly anyone's last chance to get on the right track and their own crimes out of the eyes of everyone who has access to the SBA files. They are PUBLIC records. The Plaintiff's legitimate business, her loan is all on there, just like anyone else's.**

**So these judges, this court, Thomas Pappas and Megan are going to have to answer to what they have done to the Plaintiff and her loan.**

**One can only lead a horse to water, and so far, none of you get that.**

**This will end with you and your families exposed to a level that can never be contained back into a bottle.**

**The Plaintiff has urged at this 11th hour for one person to have enough wits about them to cease this sad crime spree and get out of the spotlight.**

**That being said, someone will have to compensate the Plaintiff for what you all have done, she has made several reasonable offers but they have been unanswered. IF there is no offer made to resolve this, the Plaintiff is forwarding all of this to those investigating the unpaid "billions" and explaining where the trail leads to some of it. She has no idea how many people were targeted for not accepting less than they were loaned due to bank fraud crimes by Defendant Megan Scholz or anyone else at Bank of America, but the spotlight should certainly be focused there.**

**As the Plaintiff stated, scathing civil suits for defamation are being filed, totally stoppable, but in the Plaintiff's shoes, on a business that has been suffering so much and she lost the first business, and the entire investment, she is 100% due the forgiveness of 2.5 weeks of payroll that these parties have spent 6 months fighting over.**

**When the parties in media see the time on this fight, they might actually have to stop lying and report the truth, as it brings insanity to a whole new level.**

**/s/  Natasha Athens**
**Favorite THings Owner**

**December 28, 2021**