# UNITED STATES DISTRICT COURT
## Concord, NH

**District of Merrimack NH**                                    **Docket #**

**Favorite Things
a DBA
Natasha Athens
v.
Megan Scholz**

**David Scholz**

**Defendants**

**Demand for Jury Trial**

**Complaint for Civil Damages for Leaking Stolen Tax Records, Defamation, and Slander.   Violations of Civil Rights.**

**The Defendant's live in North Carolina, but Defendant Megan Sholz, who in this case is going to be aligned with "The Grinch" In order to portray to the court, and jury the reality of the issues in this case at bar.**

**Defendant David Scholz is going to be aligned with the Grinch Dog Sam, who is abused and subservient to the Madame Grinch and her "HigherUp's " in her "castle of crimes.  He attempted to leave, run away, find a new master, but each time, he was punished, locked out of the castle, and left without food, so he learned that he could not fight Queen Grinch.**

**Grinch Megan Scholz rose into her title through raising herself through the ranks, and learning to play tricks with her title and call in for favors many times. Grinch Megan lived to look through her binoculars and count the suffering people and smile with glee.**

She made it her mission to con the public, who thought she was "Santa" when in truth, she was Grinch.  She "gave" away things she stole, so that no one would be the wiser, and in the meantime, her daily goal was to fill the toy bag with stolen goods to get the award for "high crime thief" and rise to the highest title.

The trick that Defendant Grinch learned was perception.  If she only "gave" small portions of what she stole repeatedly, and it was only a fraction of the proceeds from the parties she injured, she was never caught and afforded herself benefits of travel to other lands, and coming face to face with even wild animals that dared not bite her, as she was "untouchable" and the animals knew it.  She was able to instill fear even into leopards, and lions, tigers and bears.

Grinch Megan wanted to be "rich" and popular, and so in order to get that recognition, she stole from the poor and vulnerable, and used their money in order to appear as though she was generous.

Defendant David knew the truth, but he was unable to stop her or steer her in another direction, she punished him and she was the breadwinner.  He had seen her "try to ruin" anyone that opposed her tryannical hold, and so he sad by and had to beg for food and await instructions.

In 2020, when it became hard to obtain goods to steal, a plot was hatched by Defendant Grinch Megan and her possie to steal from those hit the hardest, and know they had no power to object or fight back.  She was counting on this being the year that the Grinch bag was full, and loaded with cash on top of the stolen goods.

She worked tirelessy with traumizied lower class, the entrepreneaurs, and gutted a plot from top to bottom to get their last bread crumbs for herself and leave them with less than a bowl of water.  The plot was hatched to prevent people from entering their businesses, and to prevent them from earning a return on everything they squelched, and stare through binoculars as they were bled dry.  Upon many of them rendering themselves impoverished and almost homeless, Defendant Megan's plot was to go in and get them when they almost locked their doors in pure poverty and take their last asset for herself.  In doing

this, they would just hand it to her in defeat, knowing that they had no fight left in them.

Prior to this plot, Defandant Grinch had created a possie of the higher ups and they all owed each other favors, those favors being that they had been paid off tidbits of Megan's Grinch bag, and were unable to do anything against her, allowing her to rise to the High Title of Queen of Grinchland and 0 consquences for her past, or her climb to get to the top. She silenced the possie who could not get out of the group.

Defendant Grinch Megan was knocked off her high horse when Plaintiff Little Drummer Girl Natasha with nothing left but song, tried to ask Grinch Megan Not to steal the drums. Grinch Megan laughed as she stole the drums, and said "good luck" without an instrument. You are nothing and now you have nothing and she put the drums in the Grinch bag.

Drummer Girl Natasha believed in good, and truly thought that someone would help her get back her drums, only to find that unlike in the fairy tales, there was no one left with any heart.

Instead, they aided Grinch Megan load the sleigh with stolen goods, and knew that even though they got morsels from her, at least they got paid. They dared not seek refusal to engage in this plot since that meant being left without her morsels.

If I am forced to continue, I'm going to file these in real format
knowing the Secret Service is going to get hold of them and
my stolen forgiveness application and the chips will fall where they may

in 30 years of fighting for justice I have never seen any adults conduct themselves in this compromised criminal manner and refuse to relent.

These are going to be finished and filed after the New Year if there is not a lawful resolution of this case.

**I WON by default, I am due damages and compensation for all of the crimes herein, have offered a zoom meeting, a phone call with Megan and Thomas to construct a settlement and no one has done thing.**

**You have reduced the case to this degree and labeled yourselves, I am merely pointing it out and fighting for my right for Forgiveness and compensation for damages.**

**<u>ANY lawful judge would order mediation between the parties,</u>**
**<u>and any lawful judge would put Megan on the stand if she refused to settle the matter.</u>**

**<u>Someone should get their act together and get out of Grinch and Scrooge terroritory and tell Megan she's out of favors.</u>**

**/s/ Natasha Athens**
**who portrays "tiny Tim"**
**and Little Drummer Girl**

**December 29, 2021**