**UNITED STATES DISTRICT COURT**
Concord, NH

**District of Merrimack NH**                                                             Docket #

**Favorite Things**
**a DBA**
**Natasha Athens**
**v.**
**Thomas Pappas**

**Tracy Pappas**

**Defendants**

**Demand for Jury Trial**

**CIVIL case for defamation, civil rights violations and infliction of emotional distress**

**Thomas and Tracy Pappas, residents of Nashua NH are the real life Scrooge and Mrs Scrooge.**

**Thomas Pappas secretly runs a shell company at a law firm, when unbeknownst to his children and family, he is actually an accomplis with a college and lives to count money that it extorted through the bank and his connections there.**

**He decided one day that it was more profitable to become a hidden bank thief than an attorney, and he changed hats without alerting people**

**He got used to this way of life, and not only got a paycheck from his fake lawfirm and title but even more money once he aided in causing the downfall of his own clients and then charging them money to get out of their stolen debts.**

**Defendant Scrooge Pappas became more greedy and more heartless the older he got, he felt that the world owed him more than everyone else and he would take it without stopping himself at any point.**

Even when he met "tiny Tim" who was disabled.  Tiny Tim, although a female named Natasha was disabled but still tried to make toys from a wheelchair, and Thomas did not care.  He sought to continue his RIGHT to take money, and it never stopped even at the face of someone that was injured permanently.

Scrooge Thomas convinced himself that he was entitled to everything, and there were no boundaries.

He did not care at any point even what this greed would do to his entire family or the people that thought they could trust him, he could not let them have any money or wealth and if they were ever harmed by anything or anyone - they could not be compensated.  He lived his later years making sure only he and a couple of other people had any wealth.

When people found out he took money from Tiny Tim, he never even flinched, he told them, Tiny Tim can give up one crutch, he has two.

Scrooge Pappas was so loathed from the realization that his family and the town knew he was heartless, Scrooge Pappas was left in isolation.  He lived alone counting his coins and staying in denial about what he stole.  Unlike the real Scrooge, who had an ephiphany, Scrooge Pappas never did.

He used emails to communicate that he was "never in the office" and unavailable into another year, the truth was he could not face himself, but he would not surrender, no matter what the price.

He was Scrooged into oblivion, and chose not to give back the crutch he stole, he justified that as it was worth money to the person that would buy that crutch, and that money was his.


IF YOU FORCE ME TO, I'm going to finish these lawsuits in proper form and file and serve them.  If you can't connect how trivial and criminal you appear and are, there truly in no hope.

**In 30 years of fighting for justice, I have never seen people this imbecilic that I have had to use the court pleadings and fictional holiday stories to relate to these crimes.**

**Natasha**

**/s/  Natasha Athens**
**who portrays "tiny Tim"**
**and Little Drummer Girl**

**December 29, 2021**