UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH
Civil Action No. 1:21-cv-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

## PLAINTIFF'S OBJECTION & REPSONSE TO DEFENDANT'S MULTIPLE MOTIONS TO STRIKE - ALL BUT HIS OWN UNSERVED PLEADINGS

## 18 U.S. Code § 1344 - Bank fraud

## 26 U.S. Code § 6103 Tax records

## 18 U.S.C. § 1001, the Supreme Court stated: Our legal system provides methods for challenging the Government's right to ask questions—lying is not one of them. Even constitutionally explicit Fifth Amendment rights do not exonerate affirmative false statements.

## Rule 25. Filing and Service - FILING AND SERVICE, 2 parts

The truth hurts.  This was all avoidable and yet we have out of control parties breaking the law & ignoring court rules, **but then seek them applied only to the Plaintiff's content.**

Here is a "comment" on how it looks outside of a corrupt circle.  This comment came from viewing one of the Plaintiff's videos on big tech.

**"Sounds like that attorney and the judge are more than just attorney client. You may have been digging and found something nefarious. LIke a routine traffic stop for a head light and there is a body in the trunk."**

Other than to yourselves, the Defedant's, their attorney, and the partisan judge, everyone else knows that the attorney acting with his client, and a judge acting with both parties is WRONG and ludicrous. They wonder why there has not been a lawful ruling.

Thomas Pappas falsified his brief and Defendant Megan falsified in emails that the Plaintiff was not entitled to this LOAN. She was. They don't have any leeway on this loan. This was slander, defamation, and lying to a federal judge. **18 U.S.C. § 1001**

Thomas Pappas LIED to the court in his BRIEF - this should be stricken as it has misled the court and the judge.

Thomas Pappas tried to offer the Plaintiff LESS than the forgivable loan amount, and hid his client's emails from the court. This made him an accomplis - to the CRIME of bank fraud. **18 U.S. Code § 1344 - Bank fraud**

Thomas Pappas exposed the Plaintiff's tax records, and the court did not STRIKE that illicit pleading. **26 U.S. Code § 6103**

Every party in this matter has created their own results, and the Plaintiff's right to sue for defamation, leaked taxes, and lying, making false statements to the court about her business and her business reputation and sales.

The correct remedy for this case was the intial request for an Emergency Hearing in which the court should have set up, and gotten the Defendant Megan Sholz to put the forgivable loan BACK into forgiveness and state that it was erroneously pulled out of forgiveness. Then to compensate the Plaintiff for the stress this brought on to her life.

Instead, all parties COMBINED forces and used a gavel, a bench, a robe, and 2 judges to target the Plaintiff, even when they have 0 control over altering terms of a federal loan. These parties have expected to cheat and allow for partisan connections for whatever reason to WIPE out a 100% forgivable loan. It does not work that way, as the parties can finally see.

Their sworn duty was to uphold banking laws, federal laws, court procedures, the RULES for electronic filing, yet the abusive, desperate, cringeworthy Thomas Pappas harassed the Plaintiff at home, violated court procedures by refusing to use an email address, but to bestow upon the court to consider him above the very rules for electronic filing that were set uf 25 years ago, and basically put himself into the judge's chambers and all parties BLUR the BOUNDARY lines, unless it has brought their bad corruption to light.  **Rule 25. Filing and Service - FILING AND SERVICE, 2 parts**

There is 0 legality in the judicial rulings, orders, or even the Motion to Strike on a one sided set of rules - rules for thee, but not for me.

The most powerful weapon is truth.

Thomas Pappas IS NOT a party, he has failed the rules for electonic filing and will lose both cases on appeal with this method.  No court can or should cover for him, he is NOT above the law.  **Rule 25. Filing and Service**

The Loaned money is under WORLD access and investigation.  So is Thomas going to ask FOX news, and other outlets to cease exposing that BILLIONS in loaned money has not been forgiven?  No, he cannot.

Is Thomas Pappas going to block big tech from showing on the SBA loan site the loaned amount vs the loans lawfully forgiven?  No he cannot.

The Plaintiff's brief, which the judge ordered for Christmas Eve exposes the crimes on Megan, and her willful actions to decide she can empower herself to take a loan out of forgiveness and change the amount to 0, without legally being able to do that.  No one can change loan amounts at all.  This "BRIEF" cannot be stricken just because it exposes the LIES in the Brief of Thomas Pappas.

The court should be asking Megan to restore this forgivable loan and since they are not doing that, the PUBLIC has questions, as to why **not.**

***The parties, although they want only THEIR part stricken, they want their lies to stand, they want to defame the Plaintiff and they WANT to keep the case going vs resolve it and close it down.***

*Oddly*, in a Motion to Strike, a normal person, would not RECITE every part of what they wish to be stricken, so if the pleadings were ever illicitly stricken, (and then appealed) the issues shaming them are listed in the Motion to strike.

The Judge has no legal authority to "Strike" A Brief he requested, merely because it contains the evidence to combat the lies written by the Attorney in his brief.

Defendant Megan slandered the Plaintiff, and has a problem with facts from her FACEBOOK account, her own posts, revealing her way of life, and nature?  She put comments and drinking photos from 9:00 am to the Kentucky derby and chugging a liter.  The truth is not always flattering, and PEOPLE want to know what is wrong with HER and why her own attorney and a judge are protecting her crimes.  That leads to all kinds of speculation and it cannot be contained since all parties want this case to remain open.  It's public reaction to normal people that would want to protect their whole family and NOT be participting in bank robbery.  The Public states that they would find new friends and not associate with people that were commiting crimes on others.

The PUBLIC knows that the duty of a judge is to RESOLVE matters, hold hearings and bring cases to a jury, since that was reserved in this case during the filing.

The PUBLIC wants to know why neither judge Johnstone, nor McAuliffe RECUSED themselves with thier biases and being under investigation and it being a conflict of interest.

The PUBLIC wants to know why no hearing has been held, why isn't this case over via hearing or trial?

The PUBLIC wants to know why Thomas Pappas lied in his brief and continues to refuse to serve the Plaintiff?

***A defaulted party cannot serve any pleadings, and Thomas, while humiliated that he considers himself above court rules, and that he has the RIGHT and the keys to the clerk's office to use their filing system as his personal US Marshall, when no one else can do that is bothering hime and costing him, but he wants the court to "cover that up"  They cannot.***

*He has never served a single pleading,  no one can fix this for him, court rules are NOT changed for him, it's 2 parts, filing and SERVICE.  He has never served a pleading, including this one.  It's simply stupid.*

The court's dismissal of a VALID lawsuit for $25Million in damages for criminally exposing stolen taxes, which the bank does not have the right to ever disclose to anyone, was dismissed by this bias court in a week.  This PROMPTs the public to know why?

And of course, if Thomas does not reshape his own mind, he's going to lose both cases in appellate court.  He so far has FAILED to serve the Plaintiff his own notice of appearance**.**

It's a sad reality for the parties here to grasp the public vision of this corruption, and failure on the part of the court to use the same rules they seem to know for themselves, but not to apply those rules for the protection of the Plaintiff.

WHEREFORE, the court cannot strike the Plaintiff's pleadings and brief, it was court ordered, and the responses contained therein, are a true depiction of reality and corruption.

*NO ONE can use a court system to UNFORGIVE a loan that was legally obtained and utlilized.*

IF anyone wants to "remedy" their own shame for their truth and reflection, then there is only one remedy, and that is to close this case via settlement, and take themselves out of the spotlight**.**

The scrutiny is self inflicted, normal people would NEVER want this to be their resume, or even have the need to try to "Strike" it.  It simply would not be their story.

This case can reverse its course, but as anyone can see, the reality that Thomas Pappas is bestowing upon the court to COVER for 2 parties, himself and his client is cringeworthy, and causes speculation as to why.

**"Sounds like that attorney and the judge are more than just attorney client. You may have been digging and found something nefarious. LIke a routine traffic stop for a head light and there is a body in the trunk."**

Illegally striking pleadings without "striking" the lies in the Defendan'ts brief to a federal judge, without striking the slander that the Plaintiff did not 'qualify" for a loan that was approved by the SBA, and the Defendant BOA, is reprehensible. While these parties have had the upper hand in abusing victims in the past, THIS Plaintiff has not withstood it and used demo characters to bring the actions of the parties into clarity**.**  She was **pushed** to expose the hypocricy.

It's Thomas and the Judge, covering for a crime, so the PUBLIC asks why are they covering for Megan?  And how sinister is the reason.

THis is a reality that is in all parties reflection, whether they like it or not.

It's the Defendant's that have abused the system and are denying the Plaintiff access to use this court as a means to END this case, and get her loan forgiven.

The Public is making up their own conclusions about why these parties are all engaging together,  abusing the power of "Striking Pleadings" that are not served, from a non-party, and failing to hold a hearing so that the case ends and is resolved is all on the parties.

Lastly, the parties are NOT willing to use a single aspect of federal law, already listed in order to put this case to rest and remove themselves and their complicity.  ***Any move to "Strike" the Plaintiff's pleadings and Brief is obstructing justice, and impeding justice, beyond what has transpired so far. Therefore the court must leave the pleadings as they have been filed and DENY the NON-Party Motion to Strike.***

**18 U.S. Code § 1344 - Bank fraud**

**26 U.S. Code § 6103**

**18 U.S.C. § 1001, the Supreme Court stated: Our legal system provides methods for challenging the Government's right to ask questions—lying is not one of**

**them. Even constitutionally explicit Fifth Amendment rights do not exonerate affirmative false statements.**

**It is ONLY the parties that turned this case from a civil case, into this crime spree.**

Initially this only had potential crimes, all parties and the court created actual crimes in the process of the case, and Thomas Pappas had the lead role.  His DUTY was NOT to become a party, but to advise his client to restore the loan into forgiveness, which he still has not done.  He needs to be disbarred, and the Plaintiff prays that the Chief judge does this.

If anyone truly cared about their own image, they would not be creating reasons to have pleading stricken.  They don't care, they are still giving themselves self inflicted wounds.  Thomas Pappas has recieved multiple emails trying to settle this matter, and he had a chance before his crime spree to settle this for under 6 figures and he laughed.  He made an offer for LESS than the forgivable amount, which made him party to bank fraud and he has never made a counter offer, he has chosen to spend his retainer, fail to serve the Plaintiff and continue as a non-party.

There is supposed to be a separation in job title and roles here and the parties have blurred the boundary lines, and don't care enough even now to protect their own names and families, this is WHY the demo characters were used.  They reveal the most unhealthy toxic abuses of power, title, and reputation to date.  Yet, no party is sound minded enough to actually do what is right.  There is "no bottom" or end to what these parties would do together.

None of them care about the rest of their families, nor the law, nor what is right, nor doing anything above board.  This is a cabal, and they prey on small businesses and people that want LEGAL loan forgiveness.


/s/ Natasha Athens

January 5, 2022