UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH
Civil Action No. 1:21-cv-00748-SM

Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S OBJECTION TO JUDICIAL MOTION TO STRIKE (Rewrite)

Federal Rules of Civil Procedure Apply to BOTH SIDES

Now comes the Plaintiff who objects to the reverse of court rules that ONLY apply to the Defendant's, and not the Plaintiff.

Under "federal rules" the Plaintiff is entitled to hearings, and rulings that are federal law, including an impartial judge, use of ALL court rules, including default rulings for non-compliance, and failure to serve the Plaintiff, and the Plaintiff is entitled to use of court rules as they apply to the Defendant's.

No hearing has been scheduled - no lawful ruling has ever been made, no mediation ordered or suggested, unheard of, and in truth, no one wants to stop their own embarassment, (hypocricy) .  Parties seem to have 0 other cases, and have put 100% attention on a forgivable loan.  When hours are calcuated, they have put more than 50 hours into a case that has an unchangeable outcome = for them.

The court has not held a hearing even on the Motion to Dismiss, which is part of federal rules.  The Plaintiff seeks her rights to be PUT into this case, as the court has only used "federal court rules" upon their own part, not for the Plaintiff.

WHEREFORE, she objects to the manipulation of STRIKING pleadings that are one sided, when illicit content, and false pleadings, would also have to be stricken.

The Defendant's and their attorney are finally seeking almost the entire case to be "stricken" indicating that they are effected by this case and their own actions.

The Court needs to be impartial, and rule for both sides with the same rules, therefore they would strike pleadings of illicit taxes being leaked, and a brief written with lies to the judge.

The Plaintiff wants to RESOLVE this matter and leave the state of New Hampshire. This should be an enticement to get the case closed.  She has made offers to the Defendant's to settle, there is 0 interest.

/s/ Natasha Athens

January 5, 2022