UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

_____

No 21-1965

21-1964

NATASHA ATHENS

Plaintiff-Appellant

V

BANK OF AMERICA ET AL

Defendant –Appellee

**AFFIDAVIT**

**Neon Light into the crime of bank fraud**

**Please look at exhibit one my blog: showing on 1 computer my DOCUMENTS and try to grasp the amount of people investigating this case.**

[https://natashanews18.blogspot.com/2021/07/bank-of-america-ppp-fraud.html](https://natashanews18.blogspot.com/2021/07/bank-of-america-ppp-fraud.html)

**Almost 3 Million combined postings
406 Thousand documents served**

**And this court and Thomas Pappas and Megan Scholz think they are able to get away with this crime. They are not able to, see the blog to understand why.**

**I, Natasha Athens, owner of Favorite Things lawfully obtained a CARES ACT loan from the 1st option to do that in 2020.**

**I Non caucasian Vice President of Bank of America had to redo my loan application from Bank of America fraud at the onset, and she sought additional tax documents in order to get it accurately done.**

**The loan was deposited into my business account, and used lawfully under the strict conditions set forth under the CARES act in order to be forgiven.**

**I had my forgiveness application COMPLETED about 3 months after I was given the money and the application was put on line.**

**Bank of America failed to ever issue any forgiveness applications despite constantly saying they were coming.  They were never sent until May of 2021, over a year later.**

**They only offered partial forgiveness, with a false narrative, which set up the onslot of phone calls and emails to the PPP set up staff that was billing the CARES fund by the hour to overbill and delay not only forgiveness, but end their ability to bill and overcompensate themselves.**

**After a massive level of phone calls, all recorded by the bank, and multiple emails, the forgiveness application was sent through for the full amount.  I had to initiate it at the partial forgivenss and then threaten them with criminal charges in order for them to rectify the forgivable amount matching the loaned amount.**

**It was in proccess of forgiveness when a caucasian bank VP, a confessed drinker at 9:00 am, a devoted charity donor, a married woman that is seen pouring a liter of liquor into her husband's mouth without a glass at the Kentucky Derby and a lawyer named Megan Scholz, that pulled the loan out of forgiveness and changed the forgivable amount to 0.**

**https://www.bitchute.com/video/hclHdC4omiYP/**

**I was entitled to a 2nd PPP loan, but for the fraud of Bank of America, I would have obtained it.  Many businesses recieved and have had both sets of loans forgiven already, but Bank of America targeted the most vulnerable of the population, the small loans and people that have no means to pay them back.**

**I was forced to file a lawsuit only to find to my horror that the court would entertain, engage, coverup, participate, thwart, impede, and compromise my right to not only the forgivable loan, but damages or perhaps reparations in another term.**

**During 7 months of tyrannical compromise and crimes, including the hired attorney who particpated in the crime of bank fraud rather than advise his client that she could not alter any loan amounts due to federal law**

**18 U.S. Code § 1344 - Bank fraud**

**to obtain any of the moneys, funds, credits, assets, securities, or other property owned by, or under the custody or control of, a financial institution, by means of false or fraudulent pretenses, representations, or promises;**

**The penalty for bank fraud is**

shall be fined not more than $1,000,000 or imprisoned not more than 30 years, or both.

**Despite the 30 year sentence, there have been Magistrate Judge Johnstone, Judge McAuliffe, Thomas Pappas, Megan Scholz and Brian Moynihan that have all engaged in fraud of a forgivable loan of $18,625.00.**

**<u>They have ignored a VP that issued the loan with a calculator and tallied my payroll over simple basic tax documents and canceled checks. This was not rocket science, it was ADDITION.</u>**

**Both Caucasian judges have opted to ignore ADDITION, bank deposits, SBA approved loan, SBA forgiveness application in process and chosen to listen to a Caucasian VP Bank of America lawyer that ignored 18 US CODE 1344 and got all of them to engage in 7 months of imbecillic juvenile stunts like failing to serve a lawsuit, detering service of US Marshalls, having bias Judge Johnstone use slow down service to write up her evaluation of the case, fail to hold an emergency hearing, refuse to move this to a different court, failure to act on a timed loan, Thomas Pappas failure to serve a single pleading or notice of his appearance electronically, (default automatically) and lastly, most current, is a judge who has 0 power to ever undo a financial agreement at all, a loan is a signed document between two parties, no judge is ever included unless he or she**

themselves are the lendee's.  And this judge made an illicit order that upon seeking illicit documents and a sworn document, he "might" consider the loan as valid.

There is a huge question of WHY all parties are engaging with Megan Scholz, and it's is not clear if there is actual racism here.  However, the initial document SIGNED OFF BY A BANK VP, carries more weight than a VP at the end that has NOT turned the small business bank customers over to the Dept of Justice for having received money  (based on canceled payroll checks) and desposits etc and turned them in for fraud.
Therefore the Judges have to be questioned aside from their bias, as to motive.

Only a couple of things "motivate" people to sell themselves out.  Money, favors, relationships, conflict, those things rise above duty, and sworn oaths.  And only when those needs are met does anyone "risk it all".

The Secret Service is the Gatekeeper to the mission billions.  I do not know how much of that is on the shoulders of Bank of America, but I do know, that I expected this case to resolve itself in a very comparable settlement for the losses I have endured and it was rejected and laughed at by Thomas Pappas - when it was on the bank's payroll, not his own.

In this case, both judges made things up, bypassing all rules, laws and the Constitution.  I used the Constitution, except by example to "make up" my own rules in response to the insanity that was being put out in public, including my leaked taxes and the failure to seal them.   Or strike them.

However, the judge did not like it when I made up my own rules, and he used the power to Strike a pleading on himself.

And his ultimate "order" was to try to put an illegal burden on me, rather than get sworn statements under oath from Megan Scholz and Thomas Pappas that I did not have a right to the funds, that I misused them etc.

It also would not have ended even if I had complied, the judge's "mission" is to continue to override his oath and the Constitution and to stay above the law, which he is not, no one is.  And he still would have put in a ruling that did not

align with the "100% forgivable amount"  His goal would have been to either question my sworn statement, all of which he could have obtained in a lawful hearing where both sides are under oath in front of him via zoom and allowed to give testimony and be forced to give answers.

His goal was to give himself permission to "rewrite" the loan anyway, and likely go back to 2/3 forgiveness.  Or something of the kind.

The telling part of this truth is that in his whole 13 page answer, where he dismissed all compensation for infliction of emotional distress, HE FAILED IN 13 PAGES, to even address the right to compensation for the 2nd loan, which I had to turn down because of the Bank of America fraud.

In 7 months of imbecillic pleadings and stunts, this court has never once held a hearing.

Their sworn duty before they even make a single ruling or opinion.

We are where we are because the parties above would rather swim in quick sand, as they have all of their careers, than obey the law.

The bottom line is that if the court upon this latest pleading does not apply the law on both loans, and deem that I am indeed allowed compensation, I get it out of this court and also I will get default rulings in appeals court.  Thomas Pappas has already defaulted on all of the interlockatory appeals for failure to serve.

Judges must be at some point bottomed out when they aid in corruption but the parties that are asking for the "favors" fail at the most basic task of service, the first thing you learn in law school.

So if Judge McAuliffe ignores the default here, ignores Bank Fraud laws and engages in bank fraud, and fails to issue the right to compensation for me, it's irrelevant because Thomas Pappas has defaulted in the first circuit court of appeals for $30 million dollars combined.

**And the offer is still open for settlement, something which I don't have to do.  I have won.**

**All of you should choose wisely, as the next moves should include jail and bail.**

**/s/ Natasha Athens**
**Favorite Things**

**Certificate of Service on January 23, 2022**

**Thomas Pappas and Megan Scholz are only being served, despite default and non service to me so that they might finally have that epiphany and then pass it on to the judges.**