United States Court of Appeals
For the First Circuit
_____

No. 22-1003
NATASHA ATHENS, d/b/a Favorite Things,
Plaintiff - Appellant,
v.
PRIMMER PIPER EGGLESTON & CRAMER PC,
Defendant - Appellee.

APPELLANT'S REQUEST FOR A DEFAULT RULING
Rule 5. Serving and Filing Pleadings and Other Papers

Now comes the Appellant in the above entitled matter and requests that the Defaulted Defendant be issued a ruling as such.

He filed for an appearance but failed to serve the Appellant at all, Thomas Pappas has deemed himself above the law, and rewritten the rules for electronic filing.

He was bypassing the filing system for service by purposely harassing the Plaintiff/Appellant at her residence but those items were returned.

In this case, despite 2 emails, the Appellee FAILED to serve in any form, he ignored all methods. He cannot.

WHEREFORE, even though the court ordered a "show cause" pleading, in the meantime, the time lapsed for the Appellee to serve his notice of Appearance at all to the Appellant. He is time barred from service at this late date.

The Defendant has now defaulted himself on 2 cases, totalling $30M in damages vs. respond or settle which he laughed at at the time.

WHEREFORE, The Appellant seeks the JUDGE applying RULE 5, and awarding the Appellant the $25M she sought which the district court has tried to deny the

Appellant the right to seek, and this court sought a show cause, despite the act of illicitly obtaining and leaking tax records a felony.

This court is obligated under Rule 5 to issue such a default and order that the Appellee Pay the Plaintiff/Appellant all that she sought in the case, since he refused to settle.

/s/  Natasha Athens

Certificate of Service to Non-Party Defaulted Thomas Pappas via email on January 22, 2022