UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH
Docket # . **1:21-cv-00748-SM**
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

PLAINTIFF'S MOTION FOR LEAVE TO FILE APPLICATION OF INDIGENCE

Now comes the Plaintiff in this matter and states that she is indigent and has been due to no ability to even open her store last year for 6 months due to illegal mandates

and this store has been closed since Christmas due to a 2nd new mandate of forced mask wearing and the Plaintiff cannot wear a mask for medical reasons.

(None of anyone's business) no one has to reveal their health data

WHEREFORE, this case has already been defaulted on in District court and on appeal in the earlier illegal rulings, and in this last appeal, the case has been lost by the Defendant's and needs a default ruling and one will be filed in appeals court.

/s/ Natasha Athens

January 24/ 2022