Natasha Athens,

d/b/a Favorite Things,

Plaintiff

v. Case No. 21-cv-748-SM

Bank of America, N.A. and

Megan Scholz,

Defendants

PLAINTIFF'S RESONSE TO JUDGE'S 2ND "ORDER" ON PPP LOAN PULLED OUT OF FORGIVENESS

Even though the Plaintiff did respond and appeal the entire order, she will repeat as well as submit an affidavit.

The Judge is not allowed to make such and order, and the Plaintiff appealed the whole order, and is doing that again today, as well as sumbmitting what can legally be responded to upon this compromised order of a bias judge.

**Natasha Athens**

**1/25/22**

**FILED in the court**