UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Natasha Athens,

d/b/a Favorite Things,

Plaintiff

v. Case No. 21-cv-748-SM

Bank of America, N.A. and

Megan Scholz,

Defendant

AFFIDAVIT

I swear under the penalties of perjury that I obtained a lawful PPP loan at Bank of America based on my payroll with my new business.

Zahid, Naushaba <naushaba.zahid@bofa.com>

Tue 5/12/2020 4:25 PM

To: You

Good afternoon Ms. Athens,

It was a pleasure to speak with you today and to discuss your escalation for the PPP calculations.

**I just wanted to let you know I have advanced your escalation to our SBA team to work on getting you a new loan amount of $18625 based on your 2020 941 for 1st qtr and the 2019 Schedule C based on one month of business.**

Thank you for being a valued Bank of America client

Naushaba Zahid,

Vice President | Preferred and Small Business Banking

Bank of America | Baltimore Area

344 Montrose Ave Laurel MD 20707

Priority Service Line: 1-888-287-4637

This email was bank of America VP Naushaba Zahid after a couple of phone calls and email messages.  She went over my PAYROLL and calcuated those payroll numbers according to my payroll deposits.

The Forgiveness loan was in forgiveness for the full amount, as the law required, and it was pulled out by Megan Sholz illegally.

**7/30 2021  this LOAN was put through to forgiveness in full**

**Bank of America has submitted a decision on your Paycheck Protection Program loan forgiveness application to the Small Business Administration**

I was entitled to both the loan and forgiveness based on my payroll.

Stolen tax records were unlawfully cherry picked and put in as evidence that have had to be sealed.  There were 3 different applications filled out for PPP loans in the 2 different tiers.

I have never committed a crime, nor taken anything that was not allotted to me, and if I have ever made any errors in life, pleadings, taxes, business, divorce, etc, I have owned up to them and corrected them.

The court is not privy to my taxes, nor can require answers to them, or to what I filed.  That is why 26 U.S. Code § 7213 - Unauthorized disclosure of information is a federal law with a felony of publishing stolen records.

This court does not get to order anything other than the fact that I was legally given a PPP loan based on what I provided.  And it was in forgiveness.

Megan Scholz caught herself in a trap because she committed the crime of pulling it out of forgiveness.

I did not obtain this loan illegally by any means.

I did not misspend the funds, and when they were illegally inside my bank account, they could see that the funds were used in accordance with the PPP

regulations and that my forgiveness application was made way in advance of when Bank of America offered forgiveness.

The Judge is not allowed to seek data on stolen taxes, that are were pulled from different applications, and then attempted to cover for a crime.

The judge is not allowed to COVER for those crimes and try to seek information to which he is not entitled.

The bank was not allowed to let Megan Scholz even have different records from an already approved loan.  Thus they were sealed.

/s/  Natasha Athens

January 25, 2022