UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Natasha Athens,

d/b/a Favorite Things,

Plaintiff

v. Case No. 21-cv-748-SM

Bank of America, N.A. and

Megan Scholz,

Defendant

NOTICE OF APPEAL ON OPINION NUMBER JUDGE'S ORDER 78

FINAL PART SEEKING ILLICIT RECORDS AND STATEMENTS TO WHICH

NO ONE IS PRIVY,

Opinion No. 2022 DNH 008   (78)

The Plaintiff appeals this order on its face.


/s/ Natasha Athens

Filed with the court on January 25, 2022