UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE
Natasha Athens,
d/b/a Favorite Things,
Plaintiff
v. Case No. 21-cv-748-SM
Bank of America, N.A. and
Megan Scholz,
Defendant

MOTION TO WAIVE FEES ON APPEAL

SEE ATTACHED