Natasha Athens,

d/b/a Favorite Things,

Plaintiff

v. Case No. 21-cv-748-SM

Bank of America, N.A. and

Megan Scholz,

Defendants

PLAINTIFF'S NOTICE OF APPEAL ON THE SEALING OF 12/24 BRIEF ORDERED BY JUDGE McAuliffe Document # 68

Brief contained the evidence of the bank crime by the Defendant's and cannot be sealed.

/s/ Natasha Athens

January 25, 2022