UNITED STATES DISTRICT COURT
Concord, NH
District of Merrimack NH
Docket # . 1:21-cv-00748-SM
Favorite Things
a DBA
Natasha Athens
v.
Bank of America et al
Megan Scholz
Defendants

**PLAINTIFF'S NOTICE OF APPEAL - REFILE**

**Notice of Appeal on Judge McAuliffe's Dismissal of Damages for Infliction of Emotional Distress and other civil damages**

**Refile to regular appeal, not interlocatory**
**(Plaintiff error)**

**Affidavit of Indency submitted previously**


/s/ Natasha Athens
Filed in Court
January 25, 2022