UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

NATASHA ATHENS d/b/a Favorite Things,

Plaintiff,

v.

BANK OF AMERICA and MEGAN SCHOLZ,

Defendants.

)Civil Action No. 1:21-cv-00748-SM

Ex Party PLAINTIFF'S RESPONSE TO

DEFAULTED DEFENDANT'S SUPPLEMENTATION OF THE RECORD

The case at bar has two currents issues for the court - the crimes contained in the matter, Bank Fraud, exposing private records

and

Violations to the rules of civil procedure

The BIAS of the court has been overburnened by imbecillic juvenile actions of the attorney, and of Defendant Megan Scholz.

However, The Judge SOUGHT illicit records, sought privileged records and none of that would have proved anything if the Plaintiff complied.

The Plaintiff was doing research to obtain the additional cases that NOW are listed on Facebook right under Bank of America, Feb 16 2021

Multiple small business owners write into the post and state that their loans TOO were not forgiven

https://www.facebook.com/BankofAmerica/posts/the-ppp-loan-forgiveness-process-is-getting-an-update-on-feb-16-were-launching-a/3695482043839338/

**Video in case the post is ever deleted, reads the content inside the video of the posts written by small business owners on Facebook on that particular post, and other posts contain the same content.**

**https://www.bitchute.com/video/pmSlTKavHRdT/**

**https://drive.google.com/file/d/1UoNT2bzDL0qV8bSke_Q4VtWmrYAteP-k/view**

**Forbes reports on Bank of America Fraud**

**https://www.forbes.com/sites/kotlikoff/2021/08/05/bank-of-americas-malfeasant-treatment-of-small-businesses---brian-moynihan-pick-up-the-damn-phone-and-call-ember/?sh=126827f85779**

**Baltimore Sun business owner - loan not forgiven**

**https://www.baltimoresun.com/opinion/columnists/dan-rodricks/bs-ed-rodricks-1126-ppp-loan-20211126-lqtporsmhzbtnoelblzubxyzfy-story.html**

**https://natashanews18.blogspot.com/2021/11/thomas-pappas-lawsuit-stolen-documents.html**

**https://natashanews18.blogspot.com/2021/08/bank-of-america-fraud-ppp-loans-scam.html**

**The Plaintiff's main case and complaint was always correct, the court's actions were inexcusable.**

**1.      During the timing since the case was filed, it was the catalyst for more to come forward and to state that the bank has acted fraudulently trying to STEAL back the loans**

**2.      The SBA has guaranteed the loans to the bank, so if the loans are not forgiven, the bank is paid anyway.  This is the reverse of what should happen, especially since the banks are doing the robbing and setting up the SBA to come after the victimized Plaintiff's and small businesses.**

**In a right world, no one would be illegally pulling loans out of forgiveness so there would not be a need to pay the banks.  In the cases, such as this case and the other listed, it's unconscionable that the SBA PAY THE THIEF.**

3.     Megan Sholz FALSLEY wrote and told PPP Loan customers that if their loans were not 100% forgiven, they could go after the SBA for the rest of the forgiveness, she was LYING, and tricking her own customers.  (PS  NO one normal does this due to it being a federal crime)

4.     There is not a single human being that would not endure "stress" onto their lives with assuming that their lawfully obtained loan was 2.5 weeks of payroll in 500 days of loss and lockdown and that anyone would ever betray them.

5.     The Plaintiff's case revolves around that deception and every single Plaintiff and victim is entitled to damages for the fraud, deception and reversal of having a loan forgiven, which was to have *double dipping* employees like Defendant Megan Scholz scamming her customers.

6.     The Judge here attempted to alter court rules, rules of civil procedure, and demand protected documents while making his entire time on the bench and his legacy about going down over a loan for $18,625,00.  Many have had to ask the Plaintiff what is wrong with him?  Why?

7.     The reality is that this judge, and no judge can undo this loan, despite seeking illegal protected material trying to further reverse

8.     The judge put a "strike" on all of the Plaintiff's pleadings, including the brief he ordered on December 24, 2021, and all of this material "stricken" without striking the non-party Defendant's pleadings and his failing to serve a single pleading under court rules shows is bias, collusion, and his partisan stance on small businesses.

9.     The case at bar is being watched globally, with the additional cases matching the data, *forgiveness theft by Megan Scholz,* and the number of small businesses that had applications timed out to force them to pay back their loans, or were only offered partial forgiveness.

10.    The Bank Of America plot was to make each theft of forgiveness small enough that most parties would not sue, and just pay the double dipping bank thieves, their attorneys and give a little chunk to others for aiding in the crimes.

The only problem being that little "*thing that got in the way" callled "Social Media"* where victims could find each other so quickly.

**11.     Criminals (and bank robbers) are not usually that smart, this is why they get caught so often.  HERE, despite the Plaintiff putting in writing that this case is being watched, and investigators are glued to the insanity in Thomas Pappas, and the court and judges, you have a moronic non party - Thomas Pappas, continue to addict himself to burdening the court to commit felonies with him. (And Megan Scholz)**

**12.     The court can make an illicit dismissal - it shows complicity and will be appealed, and its desperation to hold on to this case, despite bias complicity and the criminal elements are partaking in the crimes contained herein has nothing to do with the Plaintiff, solely to do with an entitled judge who privileged himself by obstructing justice and and acting as a party.**

**https://www.law.cornell.edu/uscode/text/28/144**

**Judicial Bias**

**28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge**

**Bank fraud**

**https://www.law.cornell.edu/uscode/text/18/1344**

**13. It's unclear to law abiding citizens why Judges become compromised, evil and ditch their oaths, but it never has to do w/ the victim using the Constitution and seeking justice it has to do with their journey of abuse  of power.**

**Judge McAuliffe has targeted and sought out the Plaintiff, while falsely failing to issue a default ruling on failure to serve.**

**14.     People who have wherewithall and common sense think - why does a court that is continuing to add self inflicted wounds such as more victims now showing up every week and filing claims, making blogs and posts that are filed and linked into the first case on BOA PPP loan forgiveness fraud on their own customers.**

**The Plaintiff does not have an answer.**

**It's painful to watch people that are addicts and so falsely privileged that comming the above crimes is just a new notch in their belt, when to the world it's sickening and they seek a jail sentence for all of them to "share a cell".**

15.     The other most replied to comment to the Plaintiff is that Thomas Pappas and Megan are like skunks at a garden party, their worth is not even equal to that of a 2nd grader, and they are the pawns in the entire crime here, doing this work so badly that they are caught and they won't relent and even settle this case so that they are not getting more exposed every day.

16.     When there is a single case or complaint, it's possible that there is 0 merit to it and it's a disgruntled person going after another.  The job of a court is to assure that the pursuing party can prove the allegations

When MULTIPLE newspaper articles from Forbes, Baltimore Sun, and other places are exposing the exact same circumstances as a case before a judge, the court MUST act on the facts and evidence, not acting on their personal issue discriminating against a Constitutional pro-se litigant.

17.     The court's bias has failed to ever hold a lawful hearing, on both the merits of the case, the infliction of emotional distress, and the main case of 100% right to full loan forgivenss.

18.     It's comical and tragic that there have been close to 100 pleadings filed since September 2021, and no hearing, no discovery and 0 questions of Megan Scholz, who is the pawn on the chess board who has written such reckless emails and untrue emails that she did herself in.

We have a satire website exposing the sinister corruption and failure to adhere to the Constitution because that is real for many courts and judges, and it refers to this case at bar.  People who get mad at the truth are simply bothered that their nefarious actions are able to be brought to the light by honest Plaintiff's that have a right to due process.

[https://babylonbee.com/news/sotomayor-attends-supreme-court-oral-argument-remotely-to-protect-herself-from-exposure-to-constitution](https://babylonbee.com/news/sotomayor-attends-supreme-court-oral-argument-remotely-to-protect-herself-from-exposure-to-constitution)

The ultimate reality is that this judge has tried to make it personal, not nuetral and using his obligation to his own oath.

19.     Charges have been filed in cases so far w/ MORE TO COME

[https://www.mayerbrown.com/en/perspectives-events/publications/2021/09/charges-against-us-bank-employees-may-represent-a-new-frontier-in-covidrelief-fraud-cases](https://www.mayerbrown.com/en/perspectives-events/publications/2021/09/charges-against-us-bank-employees-may-represent-a-new-frontier-in-covidrelief-fraud-cases)

20. What if investigators on this case, are gathering evidence, and usiing the rulings, the pleadings, and the failures on all parties to adhere to the rule of law and are compiling a case for everyone involved?

21. What if MORE than this investigator and the Secret Service is watching the criminal actions of Thomas Pappas and Megan Scholz and have been as I have stated all along.

22. Everyone (despite the false theory) that excludes you from participating in the world at large, where felons actually do get arrested, and do get charged, especially with embezzling stolen funds from CARES act, are actually in trouble here and just refuse to get it?

23. The compromised parties here failed at a couple of things, and one is to realize that they have not gotten away with anything and will not.

24. When any party has a bank close their business account for no reason and not lawfully and denies them access to their business records and bills paid, that alone is more stress than many can handle and they are entitled to damages, as is the Plaintiff.  A judge, acting as a jury, a Defendant, and a complict party is not in a position to "judge" the amount of stress, since he's too involved to ever discover his and her own stress levels for their Compromised Judges Trophy's.

WHEREFORE, The Plaintiff is filng a Motion to Strike this answer, since the Defendant failed to serve this or any other pleading and cannot use the court filing system as a substitute for service.

The Plaintiff objects to the lies in his pleading on its face, as a defaulted party he cannot file a response and for the content response the Plaintiff has COVERED her damages and suffering and she is still suffering as she is typing this pleading.

Any person that is subjected to 2.5 years of torment over a Federal forgivable loan, and theft of her tax records, lockout of her bank account, having the SBA come after her for non=payment of a $1.00 forgiveness loan, when she is due 100% of the loan in forgiveness and she has just listed more than 25 parties and small businesses with the same exact fraud happening to them, and this court enabling and covering for and particapating in this crime has proven to any sane rational thinking law abiding American that they are indeed intitled to Infliction of Emotional Stress damages, the default and those damages, and the court

ignoring the rule of law, and damages for the infliction of emotional distress for not having access to private bank records, and so on.

The court failed itself, and continues to get in its own way, with the reality that they are headlinging themselves as this case has the details of ALL of the records of the crimes of these parties contained in it.

And it cannot be "stricken" as a response and not allowing the Plaintiff to file that which shines the flashlight on the criminals and proves her own case.

The parties are addicts, predators and people that have not amounted to things this late in their careers.

Defendant Megan in her 40's - embarassing profile she had to hide,

Thomas Pappas, - imbecillic pleadings and failure to use the electronic rules

Judge Johnstone - cannot write a legitimate opinion of a case, despite a month in her lap, in additional cases of the Plaintiff, she ignored the Constitution 100%,

Judge McAuliffe, - writes Strikes in Revenge, cannot handle a lawful party, a Constitutional party, uses the rule of law only on himself, thinks he can order illegal orders and discovery, when his job is to seek why on VP approved a loan, and one took it out of forgiveness

Despite the same thing happening to more than 25 people in this pleading, this judge will "make up" his own false narrative and rule against the law, you can bet on it.

This is the failure of our system to REMOVE and imprison people that betray their oaths, and the failure of any of them to not be caught until now,

The Plaintiff has followed the law, and is entitled to a forgiven loan as are the mounting others.  ANd WHAT IF we are all talking together and planning to do something together?

This court has EXPOSED their own nefarious connections to the lowest and most stupid of criminals that led their bread crumb trail to the judge's chambers.


/s/ Natasha Athens

**Favorite Things**

**There is no duty to serve a non-party despite court failure to adhere to**

**rules of civil procedure on electronic filing.  Judge McAulifee and Johnstone failed to hold a single hearing, including on the rules for default and failure to serve.**

**January 31, 2022**