# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW HAMPSHIRE

NATASHA ATHENS d/b/a Favorite Things,

Plaintiff,

v.

BANK OF AMERICA and MEGAN SCHOLZ,

Defendants.

Civil Action No. 1:21-cv-00748-SM

**Ex Party PLAINTIFF'S REQUEST TO STRIKE OBJECTION AND RESPONSE OF NON-PARTY THOMAS PAPPAS & ALL OF HIS OTHER PLEADINGS**

**PLAINTIFF'S MOTION TO STRIKE NON PARTY PLEADING EXPOSING HER TAXES**

**The Plaintiff seeks that this response is stricken and that the court lacks the power to alter the rules of civil proceedure without legislation**

**The court has "stricken" every pleading of the Plaintiff, which contains the evidence of the nefarious actions of all parties and their compromise but the fact remains that the court cannot alter the 2 party service and filing required by law in order to not issue a default.**

**The court has only used the Constitution for their own use, but failed to use it in any form for the Plaintiff and the law.**

**Their PRETEND playschool stance that a defaulted party can continue to file pleadings is NOT correct, and it's only due to compromise that they continue to treat him as a party, when the docket sheet and every pleading shows he has indeed defaulted and cannot file pleadings**

**The Plaintiff is taking this case all of the way to Supreme court and exposing the crimes contained here in.**

**Parties should be careful for what they wish for, as they continue to inflict their own war wounds**

**WHEREFORE UNDER RULE 5, since the imbeccilic actions of a Thomas Pappas since the onset have failed to serve the Plaintiff a single pleading, ALL of his pleadings must therefore be stricken, including this one.**

**The court issued MULTIPLE pleadings be stricken simply for non like the Plaintiff's ability to expose the crimes contained in this case, and call them out.**

**The Court FAILED to STRIKE a pleading containing a felony**

**The Plaintiff seeks that this pleading be stricken as a matter of law**

**and all Pleadings from a non-party must be stricken as a party that failes to serve pleadings under Rule 5, defaults and cannot consider themselves a party.**

**Filed on January 31, 2022**

**/s/ Natasha Athens**

**Both parties defaulted by hiring the same attorney who failed to serve his notice of appearance on their behalf and has defaulted.**