UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
Natasha Marie Athens
V
Bank of America, N.A.,
and Meghan Scholz Defendants

v. Case No. 21-cv-748-SM

**Ex-Party MOOT Notice of Appeal** on Judge's Illicit Dismissal of Appellant's RIGHT to SEEK Indigent Status on Case Already in Default & Lost from Failure to File Notice of  Appearance OR SERVE ANY PLEADINGS

Now comes the Appellant and does appeal the order to deny access to the use of the Justice Sytem and is indigent, and has attempted in good faith to get her loan forgiven.  And every part of her case has already been LOST by the Defendant and is stricken as a matter of law.

An action this vindicive and in bad faith is how the Defendant's lost the entire case. The Plaintiff appealed and WON all parts of the above case.
She is allowed to appeal rulings that failed to be issued by an unbias judge.

WHEREFORE, this judgement is appealed and the order is moot,  this judge cannot continue to issue a single order, nor try to retreive a case long out of his hands.

The Judge's arguement is fake, false and bias, and does not stand up when any party has a forgivable loan and **NO LONGER IN HIS COURT.**

Dan Rodricks - loan NOT forgiven
https://www.baltimoresun.com/opinion/columnists/dan-rodricks/bs-ed-rodricks-1126-ppp-loan-20211126-lqtporsmhzbtnoelblzubxyzfy-story.html

Small businesses complain on Facebook

https://www.facebook.com/BankofAmerica/posts/the-ppp-loan-forgiveness-process-is-getting-an-update-on-feb-16-were-launching-a/3695482043839338/

Another victim of bank loan fraud
https://drive.google.com/file/d/1UoNT2bzDL0qV8bSke_Q4VtWmrYAteP-k/view?usp=sharing

Forbes calling out Bank of America Forgiveness fraud
https://www.forbes.com/sites/kotlikoff/2021/08/05/bank-of-americas-malfeasant-treatment-of-small-businesses---brian-moynihan-pick-up-the-damn-phone-and-call-ember/?sh=126827f85779

The judge acted in bad faith, obstructed justice and is still trying to - no part of the case exists with him.

**After 8 months of bullying on the part of the court, and the defaulted Defendants, here is what remains,**

**The Plaintiff has a forgivable loan,**
**A Judge cannot "unwrite" a loan**
**Thomas Pappas defaulted his client for $5Million dollars**
**Thomas Pappas defaulted himself for $25 Million dollars after stealing taxes and publishing them**

The court was obligated to hold hearings, to find out why a loan amount was altered, and failed in the basic duty, and acted in bad faith.

WHEREFORE, Indigent status means one cannot afford to pay the costs to their RIGHTFUL and Constitutional use of the legal system, and her case has merit (everyone has a right to sue for those above cases that are due 100% forgiveness)

**The Judge here tried to reverse what was lawfully allowed.**

**The Judge has no jurisdiction any longer.**

**The judge issued this MOOT RULING, after the defaults, after the case has been WON on appeal by default**

The judge retaliated against the Plaintiff's Motion to Strike all pleadings that the non-party Thomas Pappas filed, and cannot file without serving the pleadings. The Pleadings have to be stricken on appeal as well. Non-party's cannot file pleadings anywhere.

This court does not have jurisdiction to alter one single part of the federal laws pertaining to FILING AND SERVICE and then try to rig a default.

WHEREFORE THE PLAINTIFF APPEALS THIS ORDER
Indigent status is CLEAR, and no one can deny anyone a right to appear in court. This illegal ruling is a scary place - a judge that is too bias to sit on a bench and handle a case for under $20,000 in a 100% forgivable loan.

The 2 defaults combined = $30 Million in damages, and they all could have been resolved with a lawful judge.  And even the suggestion of artbitration, or a meeting between the parties - that's his job.

It's beyond fathom that this case shows crime after crime on the Defendant's, their attorney and 2 federal judges.

February 5, 2022

/s/  Natasha Athens
Favorite Things