UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE
Natasha Marie Athens
V
Bank of America, N.A.,
and Meghan Scholz Defendants

**Case No. 21-cv-748-SM**
**ENTIRE CASE APPEALED**
**No part of case remains in District Court**

AFFIDAVIT

I never expected the New Hampshire Federal District Court to be complicit with Bank Crimes and corrupt lawyers to this degree. Small businesses are the target.

I won from 2 cases and still have a forgivable loan.

A judge that is as out of control as both judges in New Hampshire - Judge Johnstone and Judge McAuliffe - need to be removed.

I pray that my complaints to the Chief judges and everyone else result in the removal of people that are destroying freedom, the rule of law, and all rights of people that lawfully obtained their loans and are entitled to forgiveness.

Shame on those that try to stop that.

/s/

Natasha Athens.

Favorite Things


February 5, 2022