United States Court of Appeals
For the First Circuit
No. 22-1964, 1965, 1004,1083,1084
NATASHA MARIE ATHENS, d/b/a Favorite Things,
Plaintiff - Appellant,
v.
BANK OF AMERICA; MEGAN SCHOLZ,
Defendants - Appellees.

APPELLANT'S EX-PARTY NOTICE to the Court On The Defendant's Default

This case in all of its parts has been defaulted on.  No part of the case remains in District court.

When a party defaults on any part of a case, the entire case is defaulted.

There is not any allowance for any judge in the lower court to write an illicit order (it's moot) after default and obstruct justice by trying to pull back the case, and continue to write orders.

It's unconscionable and not lawful.

Rule 55. Default; Default Judgment

(a) Entering a Default. When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

The Defendant DEFAULTED in lower court and continued to file pleadings that were not allowed, the Appellant sought a lawful strike on those pleadings, after court shennigans by the judge were so bias and such an obstruction.

An ANTIDOTE to default is NOT to then try to deny a lawful party her right to file a valid claim.  The case should have always been settled and the defaulted parties refused.

A JUDGE has not option to obstruct justice further, while he's already being investigated by the Chief Judge, and then attempt to bring the appealed and WON case back to his court.

It's unheard of and should have the Judge removed permantently for this order.

The Appellant as WON this case as a matter of law and the Appellee's Failure to file for an appearance during 7 months of a case, multiple appeals, and a 2nd case against him personally for stealing taxes and publishing them.

It's gone past the point of insanity, and yet, the Plaintiff still has a 100% forgivable loan, she has a default ruling due for $5 Million dollars, and a 2nd one for $25 Million dollars for Not ever serving even returned envelopes of trying to serve his pleadings 1st class mail and harass the Appellant, he simply did nothing,

NO ONE can allow this Appellee, nor any party to bypass the rules for elecronic filing.

The Judge's order is MOOT and is not even something that can be considered, but it does display his own obstruction and bias, and targeting a lawful Plaintiff that has a Constiutional right to appear in court and sue for injustice.  He does not own the legal system


/s/ Natasha Athens

Filed on February 5, 2022 in response to an order while there is no case before the Federal District Court.

Ex-Party