```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Natasha Marie Athens,
d/b/a Favorite Things

    v.

                                          Case No. 21-cv-748-SM

Bank of America, et al


## JUDGMENT

Judgment is hereby entered in accordance with the following:

1. Order by District Judge Steven J. McAuliffe dated January 21, 2022;

2. Endorsed Order by District Judge Steven J. McAuliffe dated January 25, 2022; and

3. Order by District Judge Steven J. McAuliffe dated February 23, 2022.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

                                                        By the Court:

                                                        /s/ Tracy A. Uhrin
                                                        Tracy A. Uhrin
                                                        Chief Deputy Clerk

Date: February 23, 2022

cc:   Natasha Marie Athens, pro se
       Thomas J. Pappas, Esq.