UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Natasha Athens,
d/b/a Favorite Things,
Plaintiff

v. Case No. 21-cv-748-SM

Bank of America, N.A. and
Megan Scholz,
Defendants

PLAINTIFF'S OBJECTION AND RESPONSE TO JUDGE MCAULIFFE'S "ORDER" WHEN NO PART OF THIS CASE REMAINS IN DISTRICT COURT

The entire case was appealed (even though it was defaulted upon) by Thomas Pappas. There is no part of this case remaining in the District Court. This order is moot, it's like writing on thin air and quite delusional.

WHEREFORE, there can be no response or new fake appeal over an entire case that is on appeal. She left nothing in this court.

As a sidebar, if the Plaintiff had ever made the mistake of marrying a deranged tryant of a man, she would easily go on a one way space ride, to never return, and if she ever did survive, she would use the Witness Protection Program to obtain another identity and go live a life that never let someone with so much evil have access to her ever again, and for some people that's a better option than to remain with any one so full of abuse of power that they cannot ever escape. Imagine the life with anyone that is as abusive as a sitting judge that targets lawful citizens and deprives them of a right to use the legal system.

She prays that the actions of this court get 2 judges removed that are unfit to serve, and have destroyed lives in New Hampshire for decades, rotting corruption to the core.

/s/ Natasha Athens

February 27, 2022