TO:  Thomas Pappas
Megan Scholz
PPP Loan

BCC - Investigators of these crimes

Here is a PORTION of charges for investigations on the 100% forgivable loan.

At this time, there is no case in any court system and I am due a loan forgiveness application.  The time that there was a case in court, it was revealed how many loans were part of a racketeering scheme with Megan, PPP loan staff, and Thomas Pappas, and others.

Thomas Pappas never made an actual offer, his offer made him a conspirator, and he thought he was outstarting me, but he could not.  He tried to screw me in a settlement offer that was for less than the forgivable loan.  His "approximate" offer was a scam in order to try to get me to not even get the forgivable amount, or the fact that the bank was so corrupt that they prevented from my accessing my lawful right to a 2nd loan.  They derailed people into figuring out how to even get at their own numbers to get a loan to go through, and since the first loan had not been yet even introduced as forgiven, the scam to get the 2nd loan was to actually not let lawful businesses obtain that second loan and during the process I figured that out chose under duress NOT to proceed.  But businesses had a right to obtain that 2nd loan.  Thomas became a conspirator out of his sociopathy to become a racketeer rather than negotiate a lawful settlement.  And that exposed the massive crime spree.  Inside the case, Megan stole irrelevant and illegal protected business records, and Thomas then posted select illicit documents and they had to be sealed.

The federal court in New Hampshire and 1st Circuit court of Appeals became complicit, and failed even after default to even address the actions of Megan Scholz, who pulled a loan out of forgiveness, when she did not like emails after she tried to only forgive 2/3 of the loan.

The approval email was a from a VP of Bank of America,  Megan tried on multiple loans to "under-forgive" all of them, taking anywhere from $5K to more per small

business, making this a racketeering operation, and doing it while these funds were being federally watched by several groups.

All are under criminal investigation now for embezzlement,
18 U.S. Code Chapter 31 - EMBEZZLEMENT AND THEFT
18 U.S. Code § 1961 - RACKETEERING
26 U.S. Code § 7213 - Unauthorized disclosure of information
28 U.S. Code § 144 - Bias or prejudice of judge
18 U.S. Code § 1344 - Bank fraud
FDIC regulations
https://www.fdic.gov/regulations/laws/rules/8000-1250.html

Unlawful bank closure
https://www.proshareng.com/news/Debtors---Recovery/Unlawful-Account-Freeze--EFCC-and-Banks-/48781

Office of the Comptroller
https://www.occ.treas.gov/


LINKS to the EVIDENCE and other victims of this same crime
More and more people come forward with this scam and embezzlement crime, and when everyone shows how big this plot was, the more people are willing to use the law to give them consquences.

When I started, my case was first.  I put all of the other victims data into the criminal reports and they are all investigating it now.

https://natashanews18.blogspot.com/2021/07/bank-of-america-ppp-fraud.html

https://natashanews18.blogspot.com/2021/08/bank-of-america-fraud-ppp-loans-scam.html

https://natashanews18.blogspot.com/2021/11/thomas-pappas-lawsuit-stolen-documents.html

Megan has been silent, never done a thing, but still has her job,  Many people employed at Bank of America are in fact criminals, and that makes it harder to get

the evidence, but we have been collecting it for a long time now, my case being a permanent record to store it in.

Every party now is simply under criminal investigation through multiple agencies for the statutes listed above. Anyone can opt to obey the law and at least remove themselves from this group which is under heavy investigation.

The PPP Loan Forgiveness program has to adhere to federal law, and this matter should be removed from Megan's hands as she is incapable to undo what she has done. Any person at this stage would put it into the responsibility of someone else, and then figure out what to do about her actions.

I do not get to do anything but protect myself and resume my right to loan forgiveness. Everyone else can continue with this criminal tracked operation, or opt out on their own.

There is always an option to settle with me, while the cases are on "a break" as I relocate to a more sane part of the country.

Natasha