# United States Court of Appeals
## For the First Circuit

Nos.   21-1964
       21-1965
       22-1004
       22-1083
       22-1084

NATASHA ATHENS, d/b/a Favorite Things,

Plaintiff - Appellant,

v.

BANK OF AMERICA, N.A.; MEGAN SCHOLZ,

Defendants - Appellees.

**JUDGMENT**

Entered: March 9, 2022
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that these appeals be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandates to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Natasha Marie Athens
Thomas J. Pappas