# United States Court of Appeals
## For the First Circuit

No. 21-1964

NATASHA ATHENS, d/b/a Favorite Things,

Plaintiff - Appellant,

v.

BANK OF AMERICA, N.A.; MEGAN SCHOLZ,

Defendants - Appellees.

**MANDATE**

Entered: March 9, 2022

In accordance with the judgment of March 9, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Natasha Marie Athens
Thomas J. Pappas