# United States Court of Appeals
## For the First Circuit

Nos. 21-1965
     22-1004
     22-1083
     22-1084

NATASHA ATHENS, d/b/a Favorite Things,

Plaintiff - Appellant,

v.

BANK OF AMERICA, N.A.; MEGAN SCHOLZ,

Defendants - Appellees.

**MANDATE**

Entered: March 11, 2022

    In accordance with the judgment of March 9, 2022, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Natasha Marie Athens
Thomas J. Pappas